


**VICTORY CHAPEL AND JOY MINISTRY**
498 Norfolk Street-Apartment #302
Mattapan, Massachusetts 02126

FOUNDER OVERSEER BISHOP PASTOR FAYE JOY HULLUM

Mark: 16 & 15: "Go ye into all the world and preach the gospel to every creature"
Psalm 107: "O Give thanks unto the Lord for He is good, for his mercy endureth forever."

*FILED CLERKS OFFICE 2004 JAN 30 A 11: 55 DISTRICT COURT DISTRICT OF MASS*

Jan 28, 04

Praise the Lord for the Lord he is Good
Greeting in the name of our Lord & Savior Jesus Christ. Docket No 04-CV-10-103 NG

V-Honor Judge Nancy Gertner

I Bishop Faye Joy Hullum is the Parent of Lance O'Neal Hullum. My son Lance been in prison for 16 long years for a Crime he didn't Commit. Lance was in a School for Children with Learning Disability. A Special Need School. He was accused of a Rape that he never Committed. The Case has about Twelve Things that doesn't add up. I have had Lawyer after Lawyer no one was ever successful to reopen the Case. He was falsely accused & Pled Guilty when he was not Guilty. Dr. Allen Brown from Wellesley Mass. Review Lance School records & wrote a Three page Letter for us that Lance was unable to Defend Himself. He was helped. We will use His Report in a Motion for a new trial. The Public Defender in Brockton told him to plead Guilty. They even intimidated him. Att John Darrell

to pled guilty when he was 17 years of age, my son that he would go to Bridgewater or to Prison they Hurt him so very bad. The System told him & me. We didn't have money in 1988 for a good Lawyer. If Lance had a good Attorney while he was there at Walpole, he would be there. The DNA had a discrepancy. They abuse my son over & over again with long period of Isolation, Segregation. Would never treat him fair, this is a case of Cruelty, Mentally Abuse we can prove it Injustice. He came down with Lupus Disease, in 1996 Oct - no Proper Medical Care, so sad. I have brought this case to the Media attention it is just a matter of time it will. Lance has Lesions all over his head & his Rib Cage. They have been abusing my son for over a period of 10 to 12 yrs. Because he had a fight with another Inmate. The Inmate was 3 times Lance size - threat to hurt my son. I want Justice Done for him. I thank God, I know have met a DNA Expert will review evidence in Feb. I thank God I have found a Decent Lawyer. I hope & Pray in the name of Jesus that you (God) would help them see the Light for don't mistreat & abuse no body. Yours submitted Bessie Miller