UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**LANCE 3X HULLUM,**
                    **Plaintiff,**

    V.

**MICHAEL T. MALONEY, et al.,**
                    **Defendants.**

CIVIL ACTION

NO. 04-10103-NG

**ORDER**

Gertner, D.J.

Pursuant to the provisions of Rule 40.1(I) of the Local Rules, the above-entitled case is hereby transferred to Judge O'Toole of this Court for all further proceedings.

                                      /s/ Nancy Gertner
                                      Nancy Gertner
                                      UNITED STATES DISTRICT JUDGE

Date: March 8, 2004

Copies to: Counsel, Operations Supervisor