UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

---------------------------------------------
Lance 3X Hullum and,                )
                                    )
       Plaintiff,                   )
                                    )     Civil Action
       v.                           )     No. 04-10103-NG
                                    )
Michael Maloney, ET AL.,            )
                                    )
       Defendants.                  )
---------------------------------------------

## NOTICE OF APPEARANCE

Kindly enter my appearance as counsel for the defendants.

                                Respectfully submitted,

                                NANCY ANKERS WHITE
                                Special Assistant Attorney General

                                Joel J. Berner
                                Counsel
                                BBO # 550188
                                Department of Correction
                                70 Franklin Street, Suite 600
                                Boston, MA  02110
                                (617) 727-3300, Ext. 140

Dated: March 29, 2004