UNITED STATES DISTRICT
COURT FOR FIRST CIRCUIT

LANCE 3X, Hullum,
                Plaintiff/claimant
        Vs.
MICHAEL T. MALONEY,
                Respondant/claimant

C.A. No's
    04-10100-GAO
    04-10103-GAO

( handwritten Copy )

---

MOTION TO AMEND COMPLAINT CLAIMS Under Fed.
Civil Rule p.

Now. comes the pro se plaintiff respectfully moves
this honorable Court to be allowed to amend his
Complaint claims in the above entitled matter.

                        Respectfully submitted

                        LANCE 3X, Hullum,
                        P.O. Box #100 south
        CERTIFICATE OF SERVICE  WALpOLE, mass.
I do hereby certify that I served    02071.
Defendant's Attorney JOEL J. Berner at Department of Corre-
ction #70, Franklin street suite #600 Boston mass. 02110
(617) 727-3300, Ext. 140.