# United States District Court For Massachusetts

LANCE 3X Hullum,
    Plaintiff

Vs.

MICHEAL T. MALONEY, et al
    Defendant

C.A. NO. 04-10100-GAO
    04-10103-GAO

---

RECONSIDERATION OF The Denial To Amend Complaint Plaintiff's motion to Amend Complaint under Fed. R. civ. p. #15.(a).

Now comes the plaintiff in the above entitled matter and case respectfully moves this honorable court pursuant to Fed.R.civ.p. #15(a), to Amend the enclosed complaint for the above entitled matter pending.

DATED: 5/3/04.

Respectfully submitted

LANCE 3X, Hullum,
P.O. Box #100 South
WALPOLE mass.
02071.