1-04-CV-10103



**Victory Chapel & Joy Ministry**
*Founder & Overseer, Bishop & Pastor*
*Faye Joy Hullum*
498 Norfolk Street, Mattapan, MA 02126
*Sister Patricia Boyd, Secretary and Church Clerk*

5/2/04

*Psalm 107 v. 1 Oh Give thanks unto the Lord for he is good and his mercy endureth forever!*

Praise the Lord! For the Lord is Good!

Dear Judge O'Honor O'Toole Jr.

I Bishop Hullum is writing you this letter in regard of My one & only Son. Lance O'Neal Hullum who has been incarcerated for 16 long years for a crime he didn't Committ & has been discriminated against & treated very badly while at Cedar Junction. They Judge him by the Crime & the Charges that he is serving time for. They don't know wheter he is Guilty or Innocent. But God Know's. That why, Lance att is reopen his Case. I am not Please with you Deimiss his Amend Complaint. The World need to know what going on at MCI Walpole. I Pray each & every day that God will close Walpole State Prison, They treated these Men very badly There. I am not going to rest until, Lance case goes to the Boston Globe. God Bless, Yours Submitted Bishop FJ Hullum