UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

SUFFOLK, SS.                                      DOCKET NO. 04-10103 NG

LANCE 3X HULLUM,                )
                                )
- VS. -                         )
                                )
MICHAEL T. MALONEY, COMMISSIONER )
ET AL.                          )
                                )

## NOTICE OF APPEARANCE

Now comes Dana Johnson, Esquire, to represent LANCE 3X HULLUM in the above entitled action.

Respectfully,
By his Attorney,

Dana B. Johnson, Esquire
BBO # 639119
PO Box 133
Malden, MA 02148
781-321-3762

Dated: May 14, 2004