*Exhibit A.*

## Massachusetts Correctional Legal Services, Inc.
### Eight Winter Street, 11th Floor
### Boston MA 02108
**(617) 451-6238, (617) 482-2773, (800) 882-1413, (617) 482-4124 (collect)**

**Leslie Walker, Director**

Peter Costanza                                                                    Phillip Kassel
Lauren Petit                                                                      Jim Pingeon

May 3, 2004

Dianne Silva
Director, DOC Classification
c/o Correctional Industries
P.O. Box 188
Norfolk, MA 02056

Re: Lance Hullum, W49489

Dear Ms. Silva:

     Mr. Hullum, who has been at Cedar Junction for many years, was recently classified to SBCC. I write to clarify that, although it would be inaccurate to say that he is *happy* with a lateral move, he is willing to make that move in the hope that his recent improved adjustment at Cedar Junction, plus a period of adjustment at SBCC, will qualify him for movement to medium security within a reasonable period of time.

Yours Truly,

Peter Costanza
Staff Attorney, MCLS, Inc.

cc: Lance Hullum, MCI-CJ

*Exhibit B.*

# Massachusetts Correctional Legal Services, Inc.
### Eight Winter Street, 11th Floor
### Boston MA 02108
**(617) 451-6238, (617) 482-2773, (800) 882-1413, (617) 482-4124 (collect)**

**Leslie Walker, Director**

**Peter Costanza**                                                              **Phillip Kassel**
**Lauren Petit**                                                                **Jim Pingeon**

June 2, 2004

Pastor Faye Hullum
498 Norfolk Street, Apt. 302
Mattapan, MA 02126

Re:  Lance Hullum

Dear Pastor Hullum:

        Enclosed please find a copy of a letter which I sent to Dianne Silva at DOC
classification on May 3. The letter reflects my understanding of Lance's position
regarding his classification to Souza-Baranowski Correctional Center (SBCC). I sent a
copy of that letter to Lance at that time.
        I have not had a response from the DOC or a letter from Lance since I sent that
letter. My recommendation remains that Lance should accept a transfer to SBCC, which
will get him away from the difficult atmosphere at Cedar Junction where he has been for
so long. I believe that if he spends a period of time at SBCC, at least six months, without
serious disciplinary reports, that he will be considered for medium security placement.
        Lance would not be in segregation at SBCC, which I believe is also one of your
concerns.

                                        Yours Truly,


                                        Peter Costanza
                                        Staff Attorney, MCLS, Inc.

cc: Lance Hullum, MCI-CJ