UNITED STRATES DISTRICT
COURT OF THE DISTRICT
FOR MASSACHUSETT

LANCE 3X, HULLUM,
Vs. plaintiff

KATHLEEN M. DENNEHY, et al
DEFENDANTS

C.A. NO.

FILED IN CLERKS OFFICE
2004 JUN -8 P 12:07
U.S. DISTRICT COURT
DISTRICT OF MASS

DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDED AND PRELIMINARY INJUNTION URGENT

LANCE 3X, HULLUM, W-49989, declares under penalty of perjury:

#1/ I am the plaintiff in this case. I make this declaration in support of my motion for a urgent temporary restraining order and a preliminary injunction to ensure that I receive necessary protection and transfer.

#2/ As set forth in the complaint in this case, I was assaulted by Aryan and Latin supremacist gang members on January 24th, 2004 in Four block at 3:22pm. During the assault correctional officers jumped me and let

the two inmates get a few punches in on me.

#3/ Prior to said assault I have repeatedly complained about my enemies situation at M.C.I. Cedar Junction to prison officer and commissioner of correction while serving a (#66) sixthy-six month sanction Department Disciplinary unit for a incident that was instigated by Correctional regarding my criminal rape charges.

#4/ Everytime I complain about my enemies to superintendent of corrections or commissioner in writting a copy of there response to me was given to Joseph L. Druce and Daniel Taveres, two Aryan supremacist inmates by officer(s): John Lopes, Kenneth PERRON, Joe Almedia.

#5/ I have been in M.C.I. Cedar Junction for over ten years straight. I have went multiple years without a d-report in D.D.U. and still have not received a transfer.

#6/ I have a serious medical problem called Lupus which flares up with stress. I have growing lesions on my head upper right-thie; joint pains and bad head-aches. I just recently completed a ninethy-day time phase without a d-report so I could be released to population but was denied. my population release date was May 5th, 2004 I never

was released.

#7./ ON June 1st, 2004, I was written a False d-report claiming I called inmate Benjiman mechaud a skinner and I was gonna kill him. D-report No. 37914.

#8./ I am in Fear For my life and well-being in this prison due to the type of people that work here and my enemies issues with gang-member inmates plus officers. I can't function like a normal inmate. I am suffering irreparable harm in the form of continued physical and mental pain and suffering and an increasing risk of physical assault by inmates and officer due to my rape of a child charges and complaints about officers.

#9./ Defendants Kathleen Dennehy commissioner is the cheif Administrator of D.O.C. and is in charge of the care and custody and transfer of all inmates within M.C.I. cedar Junction.

#10./ Defendant David Nolan is superintendent in charge of the care and custody control supervisor of all class-boards; officers; transfers at M.C.I. cedar Junction and is a subordinate of Kathleen Dennehy.

#11./ Together, these defendants have the responsibility for providing plaintiff safe housing and adequate reck and transfers without delay when it is apparent that plaintiff can not function within prison population or segregation without substantial harm physical due to enemies issues and Lupus Flares due to long confinement in segregation.

#12./ Defendant have the ability to arrange for transfer to another prison without delay.

#13./ Plaintiff I has sixteen-years straight of incarceration and has first hand knownledge of how officers set inmates up to be stabbed and killed then FalseyFly incident reports so the inmate thats in cahoots with the officers don't get prosecuted.

#14./ For the reasons set foth in the memorandum of Law filed with this motion, the plaintiff is entitled to a temporary restraining order requiring defendants to arrange for a transfer without delay, and a preliminary injunction requiring the defendants to carry out the plan of transfer.

#5/

For the foregoing reasons, the court should grant the plaintiffs motion in all respects.

Pursuant to Title 28 U.S.C. 1746, I declare under pains penaltys of perjury that the foregoing is true and correct.

LANCE 3X, Hullum,

*[signature]* 3X, Johnson.

P.O. Box #100, South
Walpole, mass. 02071.

W-49989.

DATED: 6/5/04.