UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO:  04-CV-10103-GAO

| | |
|---|---|
| LANCE HULLUM, | ) |
| Plaintiff, | ) |
| v. | ) |
| MICHAEL MALONEY, *et al.*, | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Now come the defendants, Michael Maloney, Kathleen Dennehy, Peter Allen, John Luongo, Jr., Steven Silva, and Edwin Doolin, in the above-entitled action and hereby move this Honorable Court to grant summary judgment in their favor pursuant to Federal Rule of Civil Procedure 56.  The grounds for defendants' motion are set forth in their memorandum of law filed herewith.

Respectfully Submitted,
NANCY A. WHITE
Special Assistant Attorney General

Dated:  November 11, 2005

/s/ Julie E. Daniele
Julie E. Daniele
BBO#600093
Legal Division
Department of Correction
70 Franklin Street, Suite 600
Boston, MA 02110-1300
(617) 727-3300, ext. 115