UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO:  04-CV-10103-GAO

| | |
|---|---|
| LANCE HULLUM, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL MALONEY, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**DEFENDANTS' MOTION TO FILE SUMMARY JUDGMENT
MEMORANDUM IN EXCESS OF TWENTY (20) PAGES**

Now come the defendants, Michael Maloney, Kathleen Dennehy, Peter Allen, John Luongo, Jr., Steven Silva, and Edwin Doolin, in the above-entitled action and hereby move this Honorable Court to allow them to file a memorandum of law in support of their motion for summary judgment in excess of twenty (20) pages.  Pursuant to Local Rule 7.1(B)(4), leave of Court is required to file a memorandum in excess of this limit.  The complaint in this action was filed pro se by a prison inmate.  Although the complaint is not lengthy, a number of legal defenses exist to the allegations which must be addressed in defendants' memorandum of law.  Moreover, due to the vagueness of some of the allegations, defendants were required to include numerous legal arguments.  As such, it was not possible to draft a thorough memorandum in twenty (20) pages.  It would promote judicial economy to permit a slightly longer memorandum in support of defendants' motion for summary judgment, as this case can be decided on the papers and a memorandum of law which includes all possible arguments thoroughly drafted will assist this Court.  Accordingly, defendants respectfully request leave of court to file a

memorandum in excess of twenty (20) pages. Defendants memorandum is approximately twenty-seven (27) pages.

                                                  Respectfully Submitted,
                                                  NANCY A. WHITE
                                                  Special Assistant Attorney General

Dated: November 11, 2005                /s/ Julie E. Daniele
                                                  Julie E. Daniele
                                                  BBO#600093
                                                  Legal Division
                                                  Department of Correction
                                                  70 Franklin Street, Suite 600
                                                  Boston, MA 02110-1300
                                                  (617) 727-3300, ext. 115