# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| | | | | | |
|---|---|---|---|---|---|
| **Name** | HULLUM LANCE | **Grievance#** 1619 | **Institution** | MCI CEDAR JUNCTION | |
| **Commit No.** | W49489 | **Housing** BLOCK 4 | **Date Of Incident** 20031028 | **Date Of Grievance** | 20031029 |

**Complaint**  IPS Officer O'Brien wrote a D-Report on me which haven't  identified the relevant code of offense that I violated.  I wrote a letter to the court clerk stating the truth which is disrespectful .  DOC has no jurisdiction under regulations to write me a D-report.  Clerk of courts can file criminal charges and bring me to court for threatening;felony offense.  Prior to IPS Officer O'Brien writing the D-report I wrote Norfolk County DA's office complaining about certain Correctional Officers, said O'Brien is one of them.  I feel it is retaliation for me exposing alot of these officers as being Aryan Supremacists on real bad power trips.  I also stress how I feel my life and safety is threatened by their conduct.  See my six part folder.  Just because I said a true but unpopular speech it doesn't justify D-report because I express my right to freedom of speech first ammendment of United States Constitution.  I am requesting D-report no. 25725 be dismissed.  Also the accusers/victims violated my Constitutional right to privacy by the chief clerk sending my mail to IPS Brian Cox.

**Remedy Requested**  Dismiss D-report no. 25725 for lack of jurisdiction and conclude that freedom of speech protects my expression of my self verbally.  Plus place IPS Officer Cox on my enemy list second notice.

| | |
|---|---|
| **Staff Recipient** | Aucoin Ann Marie    CO I |
| **Staff Involved** | Brien David C  CO I |
| | Cox Brian J  CO I |
| **Signature** | |

---

## RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

| | | | |
|---|---|---|---|
| **Date Received** | 20031030 | **Decision Date** | 20031030 |
| **Signature** | Aucoin Ann Marie    CO I | | |
| **Final Decision** | DENIED | | |

**Decision**  As per 103 CMR 491, Grievance policy, D-reports are not grievable as they have their own appeal process, however, due to the nature of your allegations, this grievance has been forwarded to the Superintendent's Office for review.

| | |
|---|---|
| **Signature** | **Date** |

Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.

---

## INMATE RECEIPT

| | | | |
|---|---|---|---|
| **Name** | HULLUM LANCE | **Institution** | MCI CEDAR JUNCTION |
| **Commit No.** | W49489 | **Grievance#** 1619 | **Date Received** 20031030 |

| |
|---|
| **Signature.** Aucoin Ann Marie    CO I |



EXHIBIT
A1

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Name** | HULLUM LANCE | | **Grievance#** 1702 | **Institution** | MCI CEDAR JUNCTION | | |
| **Commit No.** | W49489 | **Housing** | TEN BLOCK | **Date Of Incident** | 20031105 | **Date Of Grievance** | 20031105 |

**Complaint**
I was placed in Ten Block after complaining about correctional officers, I have Lupis, I get real sick in segregation because of all the, years of feces slinging in ten block its a very highly infested atmosphere of bactira. I am already experiencing headaches after one night in here.
I must be let out because ten block is punishment due to the fact that I get no T.V. or canteen for complaining about a correctional officer of officers.

**Remedy Requested**
Placed back in population while I awaite classafication of transfered immediately to another prison.

**Staff Recipient**
Aucoin Ann Marie    CO I

**Staff Involved**

**Signature**

......................................................................................................................................
### RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

| | | | |
|---|---|---|---|
| **Date Received** | 20031106 | **Decision Date** | 20031106 |

**Signature**    Aucoin Ann Marie    CO I

**Final Decision**    DENIED

**Decision**    Medical staff was contacted and informed this office that there is no medical reasons precluding an inmate with Lupis from being placed in 10 block.

**Signature**                                                **Date**

Denied grievances may be appealed to the Superintendent within 10 working days of Institution
Grievance Coordinator's decision.

......................................................................................................................................
### INMATE RECEIPT

| | | | | |
|---|---|---|---|---|
| **Name** | HULLUM LANCE | | **Institution** | MCI CEDAR JUNCTION |
| **Commit No.** | W49489 | **Grievance#** 1702 | **Date Received** | 20031106 |

**Signature.**    Aucoin Ann Marie    CO I



EXHIBIT

A2

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
#### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| Name | HULLUM LANCE | Grievance# | 1954 | Institution | MCI CEDAR JUNCTION |
|---|---|---|---|---|---|

| Commit No. | W49489 | Housing | TEN BLOCK | Date Of Incident | 20031126 | Date Of Grievance | 20031126 |
|---|---|---|---|---|---|---|---|

**Complaint**

Deputy John Luongo informed Captain Jones that I am being classed out of this prison against my will holding me hostage in a segregation unit for six to nine months just for a transfer and with-out allowing me property T.V./radio/canteen when I am being housed in a segregation unit/ Awaitng Action unit for protections reasons not disciplinary reasons.    Under 103 CMR 421.00's I am entiled to my T.V./radio/canteen.    On 10/1/02, I was diagnosed with systemic Lupus erythematosus (SLE) I have vascular and thrombocytopenia complications.    I get extreme flare ups from long-term segregation.    I am not getting sleep due to the loud mentally-ill inmates I am forced to live around.    I want out of this A.A. unit my D-report is all taken care of.    I am requesting Deputy Jack Luongo; Captain Doolin; L.T. Daigle; I.P.S. Officer Clement placed on my enemies list they are all Aryan or white supremacists and they have acted arbitrary, capricious against me attempting to instigate a altercaton with me.    Sense I've left D.D.U. they have impeded me from functioning like a normal inmate passing me over for minimum end move(s).    Not transfering me in a speedy manner like they did p.c. inmate Joseph L. Druce; Sean Nooman;  Craig Sparks all Aryan supremacist transfered let than two months from Ten Block.    Deputy Luongo is intentionally holding my class. board pappers for the sole purpose of delaying a tansfer of less than two months violating my United States Federal Constitutional Riights under the #8, Amendment by his actions or inactions.  Your Department can't make me transfer to any prison because I am sentenced to this prison so stop power tripping.

**Remedy Requested**

I am requesting release from Ten Block and placed in the minimum end of this prison or transfer immediately.

**Staff Recipient**  Aucoin Ann Marie    CO I

**Staff Involved**  Luongo John A  DEPUTY SUPERINTENDENT

**Signature**

---

## RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

| Date Received | 20031128 | Decision Date | 20031128 |
|---|---|---|---|

**Signature**  Aucoin Ann Marie    CO I

**Final Decision**  DENIED

**Decision**  Per 103 CMR 491, classification issues are not grievable as it has its own appeal system.

**Signature**                                          **Date**

Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.

---

## INMATE RECEIPT

| Name | HULLUM LANCE | Institution | MCI CEDAR JUNCT |
|---|---|---|---|

| Commit No. | W49489 | Grievance# | 1954 | Date Received | 20031128 |
|---|---|---|---|---|---|

**EXHIBIT**
A3

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| Name | HULLUM LANCE | | Institution | MCI CEDAR JUNCTION | | |
|------|--------------|--|-------------|--------------------|--|--|
| Commit No. | W49489 | Housing  TEN BLOCK | Date Of Incident | 20031126 | Date Of Grievance | 20031126 |

### INMATE RECEIPT

| Name | HULLUM LANCE | | Institution | MCI CEDAR JUNCTION |
|------|--------------|--|-------------|--------------------|
| Commit No. | W49489 | Grievance# | Date Received | 20031128 |

Signature.    Aucoin Ann Marie    CO I

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
#### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| | | | | | | |
|---|---|---|---|---|---|---|
| Name | HULLUM LANCE | | Grievance# 1704 | Institution | MCI CEDAR JUNCTION | |
| Commit No. | W49489 | Housing | TEN BLOCK | Date Of Incident 20031104 | Date Of Grievance | 20031105 |

**Complaint** missing #6 muscle magazines; #1 Law Dictionary; #2 Hair grease; #1 appropriate contraband slip stating whats been taken.

**Remedy Requested** Return my missing property said above.

**Staff Recipient** Aucoin Ann Marie    CO I

**Staff Involved**

**Signature**

.......................................................................................

### RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

| | | | |
|---|---|---|---|
| Date Received | 20031106 | Decision Date | 20031113 |

**Signature** Aucoin Ann Marie    CO I

**Final Decision** DENIED

**Decision** The property department was contacted and informed this office that you do currently have segregation contraband property being stored in the property department at this time.  5 magazines and hair product are among theses items. As for the law dictionary,  there isn't one in your property nor is there one listed on the inventory form that was done of your items when you went 10 block.

**Signature** _____ **Date** _____

Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.

.......................................................................................

### INMATE RECEIPT

| | | | | | |
|---|---|---|---|---|---|
| Name | HULLUM LANCE | | | Institution | MCI CEDAR JUNCTION |
| Commit No. | W49489 | | Grievance# 1704 | Date Received | 20031106 |

**Signature.** Aucoin Ann Marie    CO I



EXHIBIT
A4

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
#### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| | | | | | | |
|---|---|---|---|---|---|---|
| Name | HULLUM LANCE | | Grievance# 1740 | Institution | MCI CEDAR JUNCTION | |
| Commit No. | W49489 | Housing | TEN BLOCK | Date Of Incident 20031106 | Date Of Grievance | 20031107 |

| | |
|---|---|
| Complaint | I was suppose to see the East Wing reveiw board on 11/06/03 to be released to minimum end of the prison.  I didn't see the class board like I was suppose to. Instead I was placed in ten block. |
| Remedy Requested | Grant my east wing reveiw board so I can go to minimum end of the prison. |
| Staff Recipient | Aucoin Ann Marie   CO I |
| Staff Involved | |
| Signature | |

---

## RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

| | | | |
|---|---|---|---|
| Date Received | 20031108 | Decision Date | 20031112 |

| | |
|---|---|
| Signature | Aucoin Ann Marie   CO I |
| Final Decision | DENIED |
| Decision | Due to your own actions, you were placed in 10 block for a disciplinary report you recieved.  Upon completion of the disciplianry process your housing placement will be addressed. |
| Signature | Date |

Denied grievances may be appealed to the Superintendent within 10 working days of Institution
Grievance Coordinator's decision.

---

## INMATE RECEIPT

| | | | | |
|---|---|---|---|---|
| Name | HULLUM LANCE | | Institution | MCI CEDAR JUNCTION |
| Commit No. | W49489 | Grievance# 1740 | Date Received | 20031108 |
| Signature. | Aucoin Ann Marie   CO I | | | |



EXHIBIT

A5

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| Name | HULLUM LANCE | | Grievance# 1937 | Institution | MCI CEDAR JUNCTION |
|---|---|---|---|---|---|

| Commit No. | W49489 | Housing | TEN BLOCK | Date Of Incident | 20031125 | Date Of Grievance | 20031125 |
|---|---|---|---|---|---|---|---|

**Complaint** I received a notice from Sherry Elliott Director of Treatments telling me my religious order can't be process be she didn't return my stamped envelope I've sent her.

**Remedy Requested** Return my stamped envelope.

**Staff Recipient** Duford Paul E  CPO II

**Staff Involved** Elliot Sherry A  Manager

**Signature** _____

---

## RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

| Date Received | 20031126 | Decision Date | 20031126 |
|---|---|---|---|

**Signature** Aucoin Ann Marie    CO I

**Final Decision** APPROVED

**Decision** ROII Gary Fife was contacted and informed this office that he will be forwarding to you your stamped envelope.

**Signature** _____  **Date** _____

Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.

---

## INMATE RECEIPT

| Name | HULLUM LANCE | | Institution | MCI CEDAR JUNCTION |
|---|---|---|---|---|

| Commit No. | W49489 | Grievance# | 1937 | Date Received | 20031126 |
|---|---|---|---|---|---|

**Signature.** Duford Paul E  CPO II

EXHIBIT
A6

005/005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-CV-10103-GAO

LANCE HULLUM,                          )
                                       )
        Plaintiff,                     )
                                       )
v.                                     )
                                       )
MICHAEL MALONEY, *et al.*,             )
                                       )
        Defendants.                    )

<u>AFFIDAVIT OF ANN MARIE AUCOIN</u>

I, Ann Marie Aucoin, hereby depose and say:

I have been employed by the Massachusetts Department of Correction ("Department") for approximately fifteen (15) years. I am presently the Institutional Grievance Coordinator ("IGC") at MCI-Cedar Junction. I have worked in this capacity for slightly over two (2) years. The statements contained herein are based upon my personal knowledge and/or my review of the Department's records, which are kept during the normal course of business at MCI-CJ.
In reviewing inmate grievance records for Lance Hullum, W49489, I found the following grievances filed between October 28, 2003 and January 8, 2004: Grievance #'s 1619, 1702, 1704, 1740, 1937, and 1954. Inmate Hullum did not file any other grievances during this time period.

        Signed under the pains and penalties of perjury this 11th day of November, 2005.

                                    Ann Marie Aucoin
                                    Ann Marie Aucoin
                                    Grievance Coordinator,
                                    MCI-Cedar Junction



EXHIBIT

A7