## Report

**Name:**  LANCE HULLUM                    **Commitment#:** W49489

**Class Type:**  90-Day Review

### Board Recommendation:

**Date:** 20030811                    **Level:**  6    **Site of Hearing:** MCI CEDAR JUNCTION
**Institution:** MCI CEDAR JUNCTION                    **Vote:** 3-0
**Screen For:**  State                        **Chairperson:** Pizzuto,Richard
**Placement Site:** EAST WING                    **Board Member 1:** Lugi,David
                                **Security Board Member** Padula,Jeffrey

**Board's Rational:**

The East Wing Review Board recommends modification of CRD from 8/03 to 11/03 based on recent receipt of a D report for inappropriate letter to staff. Subject continues to pose a threat to the operation of the facility. He is to remain D report free and cooperate with staff prior to release to general population.

**Review Date:**   20060111           **Reviewed By:**
**User(L,F,M,S):**  Richard Pizzuto

| | | | | | |
|---|---|---|---|---|---|
| Advised of Recommendation | Yes [X] | No  [ ] | Early Parole | [ ] | Work Crew [ ] |
| Advised of Appeal Process | Yes [X] | No  [ ] | Education Release [ ] | | PRA      [ ] |
| 72 Hour Notification | Yes [X] | Waive [ ] | Work Release | [ ] | PRA Hours |
| | | | Public Speaking | [ ] | Others |

### Appeal

**Reason for appeal**

East Wing Review board's recommendation to modifie my 8/11/03 conditional release date due to one non-assaultive or weapon non-possession D-report moreover, due to the time of the D-report which was 5/17/03, I have already completed a full 90 days without a D-report.moreover, inmates ████████████████████came out of DDU and went too E-#1, from orientation (the modds), both inmates record is far worst than mine. The fact shows your concerns with threats too operation of the facility is a fraudulent one. moreover, you wouln't have Aryan supremacists working a correctional officers: instigating 75% of the stabbing and assaults. You shouldn't have let me out of DDU if you feel I pose a threat, stop being scared.

### Asst. Deputy Commissioner/Designee Recommendation.

**Level:**  6    **Institution:** MCI CEDAR JUNCTION                    **Date:** 20030820
**Screen For:**  State        **Placement Site:** EAST WING        **Recommendation:** EASTWING
**Reason/Condition**
Remain East Wing with a 11/03 CRD.  Must remain free of D reports prior to general population placement.

**User(L,F,M,S):** Jim  Bender
| | | | | |
|---|---|---|---|---|
| Early Parole [ ] | Work Crew [ ] | Education Release [ ] | | Work Release  [ ] |
| Public Speaking [ ] | PRA      [ ] | PRA Hours | | Others |

### Asst. Deputy Commissioner/Designee Appeal Decision.

EXHIBIT
B1

## Report

**Name:**   LANCE HULLUM                     **Commitment#:** W49489              **Institution:** MCI CEDAR JUNCTION

**Commitment Date:** 19901130   **DOB:** 19711126   **Status:** ACTIVE        **Unit/Cell/Bed:** BLOCK 6,2,A

**Class Type:**  90-Day Review        **Sec Level:** 6        **PE:**   20050303    **Release Date :**  20171101


**ADC/Designee:**            Jim  Bender                 **Date:**20031006        **Decision:** Denied

## Report

**Name:** LANCE HULLUM                    **Commitment#:** W49489          **Institution:** MCI CEDAR JUNCTION
**Commitment Date:** 19901130  **DOB:** 19711126  **Status:** ACTIVE     **Unit/Cell/Bed:** BLOCK 6,2,A

**Class Type:** 90-Day Review    **Sec Level:** 6        **PE:** 20050303   **Release Date:** 20171101

### Commissioner/Designee Decision.

**Level:** 6     **Institution:** MCI CEDAR JUNCTION                        **Date:** 20031024

**Screen For:** State          **Placement Site:** EAST WING      **Recommendation:** EASTWING

**Reason/Condition**
Concur with ADC's recommendation and rationale.

**User(L,F,M,S):** Kathleen  Dennehy

**Early Parole** [ ]      **Public Speaking** [ ]      **Education Release** [ ]     **Others**

### Commissioner/Designee Appeal Decision

**Commissioner/Designee:** Kathleen  Dennehy       **Date:** 20031024     **Decision:**

# Report

**Name:** LANCE HULLUM      **Commitment#:** W49489      **Institution:** MCI CEDAR JUNCTION

**Commitment Date:** 19901130   **DOB:** 19711126   **Status:** ACTIVE      **Unit/Cell/Bed:** BLOCK 6,2,A

**Class Type:** 90-Day Review    **Sec Level:** 6     **PE:** 20050303   **Release Date :** 20171101

## Miscellaneous Information

PST [X]   SOR [X]   Pending Review [ ]   Not Reviewed [ ]       Prior Commitments [ ]

## Demographic Information.

Alias [X]   Age 33    **Place of Birth** BOSTON,MA       **Last Residence** BROCKTON,MA

Race   BLACK                          Hispanic [ ]

Citizenship UNITED STATES OF AMERICA (USA)   **Cultural Influence** AMERICAN

## Sentence Information

| Eff Date | Commit Date | Offense | Sentence | Min Date | Max Date | GCD Date | Sentence Restrictions |
|---|---|---|---|---|---|---|---|
| | | A&B BY MEANS OF D.W. | 6Y TO 6Y 1D | 20140301 | 20240302 | | [ ] |
| 19880302 | 19901127 | ARMED ROBBERY | 9Y TO 10Y | 19970301 | 19980301 | | [ ] |
| 19880302 | 19901127 | ARMED ASSLT W/I ROB/MURDER | 9Y TO 10Y | 19970301 | 19980301 | | [ ] |
| 19880302 | 19901127 | UNARMED ASSAULT | 9Y TO 10Y | 19970301 | 19980301 | | [ ] |
| 19880302 | 19901127 | ARMED ASSLT W/I ROB/MURDER | 9Y TO 10Y | 19970301 | 19980301 | | [ ] |
| 19880302 | 19901127 | RAPE OF CHILD UND 16; USE OF F | 20Y TO 30Y | 20080301 | 20180301 | | [ ] |
| 19880302 | 19901127 | RAPE OF CHILD UND 16; USE OF F | 20Y TO 30Y | 20080301 | 20180301 | | [ ] |
| 19880302 | 19901127 | RAPE OF CHILD UND 16; USE OF F | 20Y TO 30Y | 20080301 | 20180301 | | [ ] |
| 19880302 | 19901127 | RAPE OF CHILD UND 16; USE OF F | 20Y TO 30Y | 20080301 | 20180301 | | [ ] |

**Parole Date** 20050320      **Parole Information** [X]

**Hearing Date** 20050105   **Result** DENY      **Next Review Date** 20060101      **Expected Date Of Parole**

## Legal Issues

| Docket # | State | D.O.W | Warr Type | Charges | STP Filed | Habe Date | Disposition | Sentence Held as Warrant |
|---|---|---|---|---|---|---|---|---|

## Court Costs/Fees/Fines

| Type | | Amount |
|---|---|---|

## Official Version

**Date Requested:** 19901130   **Request made to:** Attorney General Office   **Date Received:** 19901206

**Source:** POLICE DEPARTMENT

**Summary of Official Version:** On 02-02-88, subject's first victim was walking down Spring St. when he was approached by the subject. The subject asked the victim for directions to Lexington St. and then told the victim to

# Report

**Name:** LANCE HULLUM           **Commitment#:** W49489          **Institution:** MCI CEDAR JUNCTION

**Commitment Date:** 19901130  **DOB:** 19711126  **Status:** ACTIVE          **Unit/Cell/Bed:** BLOCK 6,2,A

**Class Type:** 90-Day Review        **Sec Level:** 6         **PE:** 20050303    **Release Date :** 20171101

walk down Highland St. with him.  When they arrived at 103 Highland St., the subject pulled the victim into a garage at that address.  Once inside, the suspect pulled out a butterfly knife, demanded all of the victim's money, and told him to take his clothes off.  The subject then told the victim to bend over and he did not comply.  The subject then held a knife to the victim's right side, told him to bend over again, and penetrated the victim's anus with his penis.  The victim pushed the subject away and ran off.

On 03-03-88, another victim left the Bryant Hotel on West Elm St. and walked to Christy's Market to buy groceries for her mother.  She bought the groceries and was on the way back to the hotel when she noticed the subject running towards her.  He put his right arm around her and directed her down a driveway and told her to shut up or he would hurt her.  He made her put her groceries down, led her into an alley, and searched her all over for money.  He then pulled down her pants and underwear.  The victim screamed and the suspect got on top of her.  He put his right hand on the left side of her waist and his left hand on her shoulder and penetrated her vagina.  The subject then told her to bend over and while covering her mouth, penetrated her again.  The victim stated that he hurt her and the suspect stated, " Let me do it a few more times".  He then penetrated her again and again for several minutes and then told her to get up and go home.

On 12-17-87, another victim was at a store on the corner of North Main St. and Haverhill St.  On the way home, he was approached by the subject and asked directions.  He showed the subject the way to an address on Charles St. and the subject pushed the victim between 2 houses.  He then took the victim's clothes off and went through them for money.  The subject had a knife in his hand and punched the victim several times.  He then pulled his zipper down and put his penis in the victim's mouth and then sodomized him.

On 02-08-88, two boys were walking on Main St.  They saw the subject and asked him for directions to The Department of Social Services.  The subject gave them the directions and walked away with them demanding money.  He then pulled one of the boys beside a building and forced him to remove his clothes and bend over while he sodomized him.

## Criminal History

| Offense Category | Adult Criminal Hx | | Juvenile Record | |
|---|---|---|---|---|
| Criminal History | Arraignments | Convictions | Arraignments | Convictions |
| Person | 8 | 8 | 8 | 4 |
| Property | 1 | 1 | 10 | 7 |
| Sex | 8 | 5 | 1 | 1 |

# Report

**Name:** LANCE HULLUM          **Commitment#:** W49489          **Institution:** MCI CEDAR JUNCTION
**Commitment Date:** 19901130  **DOB:** 19711126  **Status:** ACTIVE          **Unit/Cell/Bed:** BLOCK 6,2,A

**Class Type:** 90-Day Review     **Sec Level:** 6       **PE:** 20050303    **Release Date :** 20171101

| | | | | |
|---|---|---|---|---|
| Weapons | 0 | 0 | 0 | 0 |
| Motor Vehicle | 0 | 0 | 1 | 1 |
| Drug | 0 | 0 | 0 | 0 |
| Alcohol | 0 | 0 | 0 | 0 |
| Prostitution | 0 | 0 | 0 | 0 |
| 209A | 0 | 0 | 0 | 0 |
| Escapes | 0 | 0 | 0 | 0 |
| Others | 0 | 0 | 0 | 0 |
| **Totals** | 17 | 14 | 20 | 13 |

**Date of 1st Adult Arraignment** 19880303                **Sealed Cases** [ ]

**Date of 1st Drug Arraignment**               **Date of 1st Alcohol Arraignment**

## Criminal Violations

| Violations | Number of Convictions | Adult Incarcerations | Number of Convictions |
|---|---|---|---|
| # of Parole Violations | 0 | Federal | 0 |
| # of Weapons Violations | 0 | Ma.State | 1 |
| # of Parole Violations with the new crime | 0 | Out of State | 0 |
| # of Parole Viols for fleeing jurisdiction | 0 | County | 0 |
| # of Probation Violations | 0 | Out of Country | 0 |
| # of Probation Viols for fleeing jurisdiction | 0 | | |
| # of Defaults on Bail | 0 | Total | 1 |
| # of Total Defaults | 3 | | |
| # of Fugitive | 0 | | |
| # of Crimes While Incarcerated | 1 | | |
| # of Misdemeanor Convictions | 0 | | |

### Probation/INS

## Probation

| Docket # | Court | Offense | Eff Date | Terminate | Probation Date | Fine | Due | Dis position |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## Immigration Naturalization Service

| Doc Referral Date | Date Lodged | Status | Invest Status | Hearing Date | Hearing Type | Disposition |
|---|---|---|---|---|---|---|
| | | | | | | |

### Security

## Escape History

**Date of Escape** 19880101                **Type** Unknown

**Institution**                                   **Location**

**Date of Return**           **Criminal Disposition**

**Escape Attempt** [ ]                    **Aided**    [ ]

**Comments**      IN 1988, SUBJECT ESCAPED FROM DYS CUSTODY.

# Report

**Name:** LANCE HULLUM                     **Commitment#:** W49489          **Institution:** MCI CEDAR JUNCTION
**Commitment Date:** 19901130 **DOB:** 19711126   **Status:** ACTIVE     **Unit/Cell/Bed:** BLOCK 6,2,A

**Class Type:** 90-Day Review   **Sec Level:** 6      **PE:** 20050303   **Release Date :** 20171101

**Date of Escape** 19920218          **Type** Secure Facility/ DOC

**Institution**                              **Location**

**Date of Return**              **Criminal Disposition**

**Escape Attempt** [ ]                   **Aided**    [ ]

**Comments**       ON 2-18-92, SUBJECT WAS FOUND TO BE IN POSSESSION OF A (6) FOOT BRAIDED ROPE
                   (STATE SHEETS) IN HIS CELL.

### DISCIPLINARY REPORTS

| D-Report | Date | Offense | Disposition | Sanction |
|---|---|---|---|---|
| 15152 | 20030525 | 19-OBSCENE/ABUSIVE/THREAT LANGUAGE | PLEA GUILTY | Loss TV/Radio |
| | | 19-OBSCENE/ABUSIVE/THREAT LANGUAGE | | Loss Canteen |
| | | 19-OBSCENE/ABUSIVE/THREAT LANGUAGE | | Loss Telephone |
| | | 02-VIOLATING ANY DEPARTMENT RULE OR REGULATION | | Comb W/#19 |
| | | 03-FAILURE TO KEEP IN ACCORDANCE | | Comb W/#19 |

Total # of D-Reports 1

### DDU/DSU/CCU PLACEMENTS

| From | To | Type |
|---|---|---|

### STG

**STG Name**                              **Status**

<u>ACTIVE ENEMIES</u>

| Claimed By/AS | Commit# | Enemy Name(L,F,M,S) | Status | Location | Comments |
|---|---|---|---|---|---|
| AS | | | | | |
| AS | | | | | |
| AS | | | | | |
| AS | | | | | |
| AS | | | | | |
| AS | | | | | |
| AS | | | | | |
| AS | | | | | |
| AS | | | | | |
| AS | | | | | |
| AS | | | | | |
| AS | | | | | |
| AS | | | | | |
| AS | | | | | |
| AS | | | | | |



## Report

**Name:** LANCE HULLUM          **Commitment#:** W49489          **Institution:** MCI CEDAR JUNCTION

**Commitment Date:** 19901130  **DOB:** 19711126  **Status:** ACTIVE          **Unit/Cell/Bed:** BLOCK 6,2,A

**Class Type:** 90-Day Review   **Sec Level:** 6          **PE:** 20050303   **Release Date :** 20171101

AS
AS
AS
AS
AS
AS
AS
AS
AS




Unknown                    UNKNOWN

CO-DEFENDANTS

| Commitment # Enemy Name(L,F,M,S) | Status | Location |
|---|---|---|

| MEDICAL/MH |
|---|

Psychotropic Medication [ ]                    Pregnant     [ ]

### RESTRICTIONS/LIMITATIONS/SPECIAL NEEDS

| Description | Type | Start Date | End Date | Comments |
|---|---|---|---|---|
| Single Level | Housing | 20030414 | 20040414 | HOUSE ON FLATS |

### MINIMUM HEALTH COVERAGE HISTORY

Minimum Health Coverage Necessary:  (D) Fac W/7 Day 2 Shift Staff

| Date | Comments |
|---|---|
| 20030606 | |

### SUICIDE ATTEMPTS

| Date | Methods Used |
|---|---|

Suicidal Ideation History [ ]          Mental Health History [X]

| FAMILY INFORMATION |
|---|

Children - DSS Involvement [ ]   No of Children 0   Marital Status DIVORCED

### INCARCERATED RELATIVES

| Commitment # Name(L,F,M,S) | Location | Relation |
|---|---|---|

### PROGRAMS/WORK

| Degree | Vocational/Trade Licenses |
|---|---|

| RISK REDUCTION PLAN |
|---|

| Assessed Need Areas | Order of priority |
|---|---|

| WORK RELEASE PROGRAMS |
|---|

# Report

**Name:** LANCE HULLUM          **Commitment#:** W49489          **Institution:** MCI CEDAR JUNCTION

**Commitment Date:** 19901130  **DOB:** 19711126  **Status:** ACTIVE          **Unit/Cell/Bed:** BLOCK 6,2,A

**Class Type:** 90-Day Review      **Sec Level:** 6          **PE:** 20050303    **Release Date:** 20171101

**CWC Name**                                              **Start Date**                  **End Date**

**Work Release**                                          **Start Date**                  **End Date**

**Military Service  Yes  [ ]**              **No  [X]**

| INCARCERATION SUMMARY |
|---|

### Current Review Comments

Inmate Hullum is before the East Wing review board.  Subject has been notified 72hrs in advance
and advised of the availability of the ATT lanugage line service.  Since his last review
subject has incurred one d-report.  On 5-25-03 inmate Hullum sent an inappropriate letter to a
female staff member.  Subject was placed in Ten Block the sameday.  He was moved into Hampden
III on 6-4-03.  Subject receives average housing evaluations.  He is unassigned.

### Prior Incarceration Summary

```
11/27/90   Sent to MCI-CJ
11/30/90   Comm to MCI-CJ
11/30/90   Trans to MCI-Concord
02/14/91   Trans to OCCC
03/27/91   Ret'd to MCI-CJ
09/20/91   DSU Placement
09/22/92   Phase II, MCI-Norfolk
02/22/93   Rel'd to pop
03/22/93   Trans MCI-Shirley (med)
07/29/93   Trans to SECC
08/26/93   Ret'd to OCCC
09/30/93   Trans to NCCI
01/05/94   Ret'd to MCI-CJ
09/26/94   DDU Placement, 66 mos, PRD 02/26/00
08/03/00   Early release to population
10/16/00   DDU Placement, 18 mos, PRD 03/29/02
04/28/02   Rel'd to population
```

Imate Hullum is currently serving his 1st adult incarceration for Rape of a Child under 16 with
Force (20-30 years).  Subject was sentenced to MCI-CJ on 11/27/90 and committed to MCI-CJ on
11/30/90, transferring to MCI-Concord on the same day for initial classification purposes.
Subject's overall adjustment has been poor evidenced by 3 RTHC, a lateral failure, a DSU
placement, 2 DDU Placements, and the receipt of 78 d-reports.

While housed at MCI-Concord, subject received a d-report on 2/12/91 for writing a sexually
explicit letter to a female CO.  As a result of his initial classification and the receipt of
the above mentioned d-report, he was transferred to OCCC on 2/14/91.  While there, he received
2 d-reports for possession of a pick-type weapon and smashing his cell window with a trash
barrel.  As a result, he was RTHC to MCI-CJ on 3/27/91.

While at MCI-CJ, Inmate Hullum steadily received d-reports for offenses including threatening
to punch a Unit Manager in the face, fighting with inmate ███████████ threatening to stab a
CO, possession of an 8" pick-type weapon,  possession of a 14" broom handle, assaulting a CO
with urine, fighting with inmate ███████████ fighting with inmate ███████████ , and
threatening to stab a correction counselor.  As a result of these offenses, he was sentenced to
1 year DSU with a CRD of 10/92.  While in DSU he received 12 d-reports resulting in two 6 month
extensions.  His most notable offenses during this time were fighting with inmate
███████ resisting to be placed in restraints, possession of a 6" metal weapon made from a

# Report

**Name:**   LANCE HULLUM                    **Commitment#:** W49489          **Institution:** MCI CEDAR JUNCTIO[N]
**Commitment Date:** 19901130  **DOB:** 19711126   **Status:** ACTIVE        **Unit/Cell/Bed:** BLOCK 6,2,A

**Class Type:**   90-Day Review      **Sec Level:** 6        **PE:**   20050303    **Release Date :**  20171101

steel fence, possession of a 6 foot rope made of state sheets, and writing an anonymous letter
to the Superintendent at MCI-CJ containing threats of bodily harm to various staff members.
Inmate Hullum progressed to Phase II at MCI-Norfolk on 09/22/92 and was subsequently released
to population on 02/22/93.

On 07/29/93, subject was laterally transferred to SECC from MCI-Shirley (med) as a result of an
accumulation of d-reports for offenses including out of place, insolence, and refusing to stand
for count.  On 08/26/93, he was RTHC to OCCC from SECC as a result of overall poor
institutional adjustment.  On 01/05/94, subject was again RTHC to MCI-CJ from NCCI after being
found in possession of an 11" sharpened weapon made out of flashing.

On 05/11/94, Inmate Hullum was placed in the EWSU after he received a d-report for threatening
staff.  While in the EWSU, he received a d-report on 5/28/94 for assaulting inmate ▓▓▓▓▓
▓▓▓▓▓ in the EWSU yard with a razor blade.  As staff were removing inmate Hullum's restraints
in the recreation yard, he produced a single-edged razor blade and began slashing inmate
▓▓▓▓▓ who was still in restraints.  As a result of his injuries, inmate ▓▓▓▓▓ was
transferred via ambulance and taken to an outside hospital.  Inmate Hullum was subsequently
placed in the DDU for 66 months (PRD 02/26/00) as well as receiving a 6-6 years, 1 day F&A for
A&B b/m DW.  While in the DDU, he received a total of 16 d-reports for offenses including
fighting, assaulting other inmates, possession of another inmate's property, destruction of
state property, tampering with his cell door, disruptive conduct, and possession of weapons
(ink pen with a sharpened piece of metal protruding from an end and 5" piece of sharpened flat
stock).  Of note is a 11/28/95 verbal altercation with inmate ▓▓▓▓▓ a 04/14/98 fight
with inmate ▓▓▓▓▓ while in c

**Visits**

Inmate Statement: Inmate requests placement in General Population. He states he received a
recent D report for writing a letter to a staffmember. He states the staffmember considered the
letter inappropriate. He also stated that he had met conditions for release to General
Population in the past and was not moved to General Population.

**Return Comments**


**Institution Comments**



**Administrative Chronology**

| Admission Date Location | Admission/Release Description |
| --- | --- |
| INMATE REQUEST | |
| Institution | Programs |

| | |
| --- | --- |
| Rapoza, Todd, D | 08/11/2003 |

# Classification Report

**Name:**  LANCE HULLUM                    **Commitment#:** W49489

**Class Type:**  Subsequent Hearing

## Board Recommendation:

**Date:** 20031104          **Level:** 6    **Site of Hearing:** MCI CEDAR JUNCTION
**Institution:** MCI CEDAR JUNCTION                    **Vote:** 3-0
**Screen For:**                              **Chairperson:** Connolly,Thomas
**Placement Site:**                        **Board Member 1:** Faria,Mark
                              **Security Board Member** Malloy,Edward

**Board's Rational:**

Remain MCI-CJ due to two past DDU and one DSU placement, all of which were either for
assaultive or threatening behavior. Subject also has a pending d-report.

**Review Date:**   20060111          **Reviewed By:**
**User(L,F,M,S):** Thomas Connolly A

| | | | | | | |
|---|---|---|---|---|---|---|
| **Advised of Recommendation** | Yes [X] | No  [ ] | **Early Parole** | [ ] | **Work Crew** | [ ] |
| **Advised of Appeal Process** | Yes [X] | No  [ ] | **Education Release** | [ ] | **PRA** | [ ] |
| **48 Hour Notification** | Yes [X] | Waive [ ] | **Work Release** | [ ] | **PRA Hours** | |
| | | | **Public Speaking** | [ ] | **Others** | |

## Classification Appeal

**Reason for appeal**

Rehabilative programs/ plus I've been in Walpole for a long time.  This place is nothing but
trouble.

## Superintendent/Designee Recommendation.

**Level:** 6    **Institution:** MCI CEDAR JUNCTION                    **Date:** 20031114
**Screen For:**                **Placement Site:**          **Recommendation:** REMAIN
**Reason/Condition**
Continued need for Level 6 based upon incarceration history, to include nature of pending
disciplinary report.  Appeal reviewed and denied.  Inmate has recanted any previously claimed
enemy issues, signed a waiver, and is requesting to be released from the SMU (documented in
letter authored by inmate).
**User(L,F,M,S):** John A Luongo

| | | | |
|---|---|---|---|
| **Early Parole** [ ] | **Work Crew** [ ] | **Education Release** [ ] | **Work Release** [ ] |
| **Public Speaking** [ ] | **PRA** [ ] | **PRA Hours** | **Others** |

## Superintendent/Designee Appeal Decision.

**Superintendent/Designee:**  John A Luongo          **Date:** 20031114     **Decision:** Denied

EXHIBIT
B2

# Classification Report

**Name:** LANCE HULLUM     **Commitment#:** W49489     **Institution:** MCI CEDAR JUNCTION

**Commitment Date:** 19901130   **DOB:** 19711126     **Status:** ACTIVE     **Unit/Cell/Bed:** BLOCK 6,2,A

**Class Type:** Subsequent Hearing   **Sec Level:** 6       **PE:** 20050303   **Release Date :** 20171101

## Commissioner/Designee Decision.

**Level:**     **Institution:**                                              **Date:**

**Screen For:**              **Placement Site:**              **Recommendation:**

 **Reason/Condition**

**User(L,F,M,S):**

**Early Parole** [ ]      **Public Speaking** [ ]      **Education Release** [ ]      **Others**

## Commissioner/Designee Appeal Decision

**Commissioner/Designee:**                         **Date:**              **Decision:**

# Classification Report

**Name:** LANCE HULLUM                    **Commitment#:** W49489        **Institution:** MCI CEDAR JUNCTION
**Commitment Date:** 19901130  **DOB:** 19711126   **Status:** ACTIVE        **Unit/Cell/Bed:** BLOCK 6,2,A

**Class Type:** Subsequent Hearing  **Sec Level:** 6        **PE:** 20050303  **Release Date :** 20171101

## Miscellaneous Information

PST [X]  SOR [X]   **Pending Review** [ ]   **Not Reviewed** [ ]                    **Prior Commitments** [ ]

## Demographic Information.

**Alias** [X]  **Age** 33   **Place of Birth** BOSTON,MA                **Last Residence** BROCKTON,MA

**Race**  BLACK                                    **Hispanic** [ ]
**Citizenship** UNITED STATES OF AMERICA (USA)   **Cultural Influence** AMERICAN

## Sentence Information

| Eff Date | Commit Date | Offense | Sentence | Min Date | Max Date | GCD Date | Sentence Restrictions |
|---|---|---|---|---|---|---|---|
| | | A&B BY MEANS OF D.W. | 6Y TO 6Y 1D | 20140301 | 20240302 | | [ ] |
| 19880302 | 19901127 | ARMED ROBBERY | 9Y TO 10Y | 19970301 | 19980301 | | [ ] |
| 19880302 | 19901127 | ARMED ASSLT W/I ROB/MURDER | 9Y TO 10Y | 19970301 | 19980301 | | [ ] |
| 19880302 | 19901127 | UNARMED ASSAULT | 9Y TO 10Y | 19970301 | 19980301 | | [ ] |
| 19880302 | 19901127 | ARMED ASSLT W/I ROB/MURDER | 9Y TO 10Y | 19970301 | 19980301 | | [ ] |
| 19880302 | 19901127 | RAPE OF CHILD UND 16; USE OF F | 20Y TO 30Y | 20080301 | 20180301 | | [ ] |
| 19880302 | 19901127 | RAPE OF CHILD UND 16; USE OF F | 20Y TO 30Y | 20080301 | 20180301 | | [ ] |
| 19880302 | 19901127 | RAPE OF CHILD UND 16; USE OF F | 20Y TO 30Y | 20080301 | 20180301 | | [ ] |
| 19880302 | 19901127 | RAPE OF CHILD UND 16; USE OF F | 20Y TO 30Y | 20080301 | 20180301 | | [ ] |

**Parole Date** 20050320        **Parole Information** [X]

| Hearing Date | 20050105 | **Result** DENY | | Next Review Date | 20060101 | Expected Date Of Parole |
|---|---|---|---|---|---|---|

## Legal Issues

| Docket # | State | D.O.W | Warr Type | Charges | STP Filed | Habe Date | Disposition | Sentence Held as Warrant |
|---|---|---|---|---|---|---|---|---|

## Court Costs/Fees/Fines

| Type | | Amount |
|---|---|---|

## Official Version

**Date Requested:** 19901130  **Request made to:** Attorney General Office **Date Received:** 19901206

**Source:** POLICE DEPARTMENT

**Summary of Official Version:** On 02-02-88, subject's first victim was walking down Spring St. when he was approached by the subject.  The subject asked the victim for directions to Lexington St. and then told the victim to

# Classification Report

**Name:** LANCE HULLUM          **Commitment#:** W49489          **Institution:** MCI CEDAR JUNCTION

**Commitment Date:** 19901130  **DOB:** 19711126  **Status:** ACTIVE          **Unit/Cell/Bed:** BLOCK 6,2,A

**Class Type:** Subsequent Hearing  **Sec Level:** 6          **PE:** 20050303    **Release Date :** 20171101

walk down Highland St. with him.  When they arrived at 103 Highland St., the subject pulled the victim into a garage at that address.  Once inside, the suspect pulled out a butterfly knife, demanded all of the victim's money, and told him to take his clothes off.  The subject then told the victim to bend over and he did not comply.  The subject then held a knife to the victim's right side, told him to bend over again, and penetrated the victim's anus with his penis.  The victim pushed the subject away and ran off.

On 03-03-88, another victim left the Bryant Hotel on West Elm St. and walked to Christy's Market to buy groceries for her mother.  She bought the groceries and was on the way back to the hotel when she noticed the subject running towards her.  He put his right arm around her and directed her down a driveway and told her to shut up or he would hurt her.  He made her put her groceries down, led her into an alley, and searched her all over for money.  He pulled down her pants and underwear.  The victim screamed and the suspect got on top of her.  He put his right hand on the left side of her waist and his left hand on her shoulder and penetrated her vagina.  The subject then told her to bend over and while covering her mouth, penetrated her again.  The victim stated that he hurt her and the suspect stated, " Let me do it a few more times".  He then penetrated her again and again for several minutes and then told her to get up and go home.

On 12-17-87, another victim was at a store on the corner of North Main St. and Haverhill St.  On the way home, he was approached by the subject and asked directions.  He showed the subject the way to an address on Charles St. and the subject pushed the victim between 2 houses.  He then took the victim's clothes off and went through them for money.  The subject had a knife in his hand and punched the victim several times.  He then pulled his zipper down and put his penis in the victim's mouth and then sodomized him.

On 02-08-88, two boys were walking on Main St.  They saw the subject and asked him for directions to The Department of Social Services.  The subject gave them the directions and walked away with them demanding money.  He then pulled one of the boys beside a building and forced him to remove his clothes and bend over while he sodomized him.

## Criminal History

| Offense Category | Adult Criminal Hx | | Juvenile Record | |
|---|---|---|---|---|
| Criminal History | Arraignments | Convictions | Arraignments | Convictions |
| Person | 8 | 8 | 8 | 4 |
| Property | 1 | 1 | 10 | 7 |
| Sex | 8 | 5 | 1 | 1 |

# Classification Report

Name:  LANCE HULLUM        Commitment#: W49489        Institution: MCI CEDAR JUNCTION
Commitment Date: 19901130  DOB: 19711126   Status: ACTIVE      Unit/Cell/Bed: BLOCK 6,2,A

Class Type:  Subsequent Hearing  Sec Level: 6        PE:  20050303   Release Date : 20171101

| | | | |
|---|---|---|---|
| Weapons | 0 | 0 | 0 | 0 |
| Motor Vehicle | 0 | 0 | 1 | 1 |
| Drug | 0 | 0 | 0 | 0 |
| Alcohol | 0 | 0 | 0 | 0 |
| Prostitution | 0 | 0 | 0 | 0 |
| 209A | 0 | 0 | 0 | 0 |
| Escapes | 0 | 0 | 0 | 0 |
| Others | 0 | 0 | 0 | 0 |
| Totals | 17 | 14 | 20 | 13 |

Date of 1st Adult Arraignment 19880303                    Sealed Cases [ ]
Date of 1st Drug Arraignment             Date of 1st Alcohol Arraignment

## Criminal Violations

| Violations | Number of Convictions | Adult Incarcerations | Number of Convictions |
|---|---|---|---|
| # of Misdemeanor Convictions | 0 | Out of Country | 0 |
| # of Parole Violations | 0 | Out of State | 0 |
| # of Crimes While Incarcerated | 1 | Ma.State | 1 |
| # of Fugitive | 0 | Federal | 0 |
| # of Total Defaults | 3 | County | 0 |
| # of Defaults on Bail | 0 | | |
| # of Probation Viols for fleeing jurisdiction | 0 | Total | 1 |
| # of Probation Violations | 0 | | |
| # of Parole Viols for fleeing jurisdiction | 0 | | |
| # of Parole Violations with the new crime | 0 | | |
| # of Weapons Violations | 9 | | |

### Probation/INS

#### Probation

| Docket # | Court | Offense | Eff Date | Terminate | Probation Date | Fine | Due | Dis position |
|---|---|---|---|---|---|---|---|---|

#### Immigration Naturalization Service

| Doc Referral Date | Date Lodged | Status | Invest Status | Hearing Date | Hearing Type | Disposition |
|---|---|---|---|---|---|---|

### Security

#### Escape History

Date of Escape 19880101              Type Unknown
Institution                          Location
Date of Return          Criminal Disposition
Escape Attempt [ ]              Aided      [ ]
Comments      IN 1988, SUBJECT ESCAPED FROM DYS CUSTODY.

# Classification Report

**Name:** LANCE HULLUM      **Commitment#:** W49489      **Institution:** MCI CEDAR JUNCTION
**Commitment Date:** 19901130   **DOB:** 19711126   **Status:** ACTIVE     **Unit/Cell/Bed:** BLOCK 6,2,A

**Class Type:** Subsequent Hearing   **Sec Level:** 6      **PE:** 20050303    **Release Date :** 20171101

**Date of Escape** 19920218       **Type** Secure Facility/ DOC

**Institution**                      **Location**

**Date of Return**        **Criminal Disposition**

**Escape Attempt** [ ]              **Aided**     [ ]

**Comments**      ON 2-18-92, SUBJECT WAS FOUND TO BE IN POSSESSION OF A (6) FOOT BRAIDED ROPE
               (STATE SHEETS) IN HIS CELL.

## DISCIPLINARY REPORTS

| D-Report | Date | Offense | Disposition | Sanction |
|---|---|---|---|---|
| 25725 | 20031028 | 19-OBSCENE/ABUSIVE/THREAT LANGUAGE | | |
| | | 02-VIOLATING ANY DEPARTMENT RULE OR REGULATION | | |
| | | 08-CONDUCT WHICH DISRUPTS | | |
| | | 18-FIGHTING WITH, ASSAULTING, OR THREATENING ANOTHER PERSON WITH ANY OFFENSE AGAINST HIS PERSON OR PROPERTY | | |
| | | 32-VIOLATING ANY LAW | | |
| 15152 | 20030525 | 19-OBSCENE/ABUSIVE/THREAT LANGUAGE | PLEA GUILTY | Loss Canteen |
| | | 19-OBSCENE/ABUSIVE/THREAT LANGUAGE | | Loss Telephone |
| | | 19-OBSCENE/ABUSIVE/THREAT LANGUAGE | | Loss TV/Radio |
| | | 02-VIOLATING ANY DEPARTMENT RULE OR REGULATION | | Comb W/#19 |
| | | 03-FAILURE TO KEEP IN ACCORDANCE | | Comb W/#19 |
| 24484 | 20030124 | 01-DISOBEYING AN ORDER, LYING, INSOLENCE | GUILTY | Loss TV/Radio |
| | | 08-CONDUCT WHICH DISRUPTS | | Loss Canteen |
| | | 08-CONDUCT WHICH DISRUPTS | | Loss Telephone |

Total # of D-Reports 81

## DDU/DSU/CCU PLACEMENTS

| From | To | Type |
|---|---|---|
| 20031104 | | SMU |

## STG

| STG Name | Status |
|---|---|
| | |

## ACTIVE ENEMIES

| Claimed Commit# By/AS | Enemy Name(L,F,M,S) | Status | Location | Comments |
|---|---|---|---|---|
| AS |  | | | |
| AS |  |  | | |
| AS | | | | |
| AS | | | | |

# Classification Report

**Name:** LANCE HULLUM     **Commitment#:** W49489     **Institution:** MCI CEDAR JUNCTION
**Commitment Date:** 19901130   **DOB:** 19711126   **Status:** ACTIVE    **Unit/Cell/Bed:** BLOCK 6,2,A

**Class Type:** Subsequent Hearing   **Sec Level:** 6     **PE:** 20050303   **Release Date :** 20171101



AS
AS
AS
AS
AS
AS
AS
AS
AS
AS
AS
AS
AS
AS
AS
AS
AS
AS
AS
AS

## CO-DEFENDANTS

| Commitment # Enemy Name(L,F,M,S) | Status | Location |
|---|---|---|

### MEDICAL/MH

Psychotropic Medication [ ]     Pregnant   [ ]

### RESTRICTIONS/LIMITATIONS/SPECIAL NEEDS

| Description | Type | Start Date | End Date | Comments |
|---|---|---|---|---|
| Single Level | Housing | 20030414 | 20040414 | HOUSE ON FLATS |

### MINIMUM HEALTH COVERAGE HISTORY

Minimum Health Coverage Necessary: (D) Fac W/7 Day 2 Shift Staff

| Date | Comments |
|---|---|
| 20030606 | |

### SUICIDE ATTEMPTS

| Date | Methods Used |
|---|---|

Suicidal Ideation History [ ]     Mental Health History [X]

# Classification Report

**Name:** LANCE HULLUM       **Commitment#:** W49489       **Institution:** MCI CEDAR JUNCTION

**Commitment Date:** 19901130 **DOB:** 19711126   **Status:** ACTIVE     **Unit/Cell/Bed:** BLOCK 6,2,A

**Class Type:** Subsequent Hearing **Sec Level:** 6    **PE:** 20050303   **Release Date :** 20171101

| FAMILY INFORMATION |
|---|

Children - DSS Involvement [ ]     No of Children 0     Marital Status DIVORCED

**INCARCERATED RELATIVES**

Commitment # Name(L,F,M,S)             Location              Relation

**PROGRAMS/WORK**

Degree                          Vocational/Trade Licenses

| RISK REDUCTION PLAN |
|---|

Assessed Need Areas            Order of priority

| WORK RELEASE PROGRAMS |
|---|

CWC Name                     Start Date         End Date

Work Release                 Start Date         End Date

Military Service Yes  [ ]      No [X]

| INCARCERATION SUMMARY |
|---|

**Current Review Comments**

Subject is before today's board for a subsequent review hearing and was advised of the availibility of the AT&T language line service.  A 5/25/03 d-report for writing a note to a female C.O. which was inappropriate and sexual in nature led to a Ten Block placement.  On 6/4/03,  subject was placed in Block 4 which is a restricted unit here at MCI-CJ.

Hullum received a d-report on 10/28/03 for the contents of a letter he wrote to the Appeals Court in Boston.  On 10/27/03, a letter was forwarded to I.P.S. at MCI-CJ from the Chief Court Officer at the Appeals Court.  The correspondance authored by Lance Hullum contained racial implications and threatening gestures directed to the Court Clerk.  A D-Hearing date was set for 11/21/03.

Addendum:  Following the completion of this Subsequent Hearing, the board members received a copy of a letter authored by inmate Lance Hullum to the Norfolk County District Attorney.  In the letter, subject claimed enemy issues with Aryan Supremacist and Latin King gang members at MCI-CJ.  He also claimed, in the letter, to be in fear of his life due to these life threatening situations with these inmates. It should be noted that at the hearing, the subject did not mention these issues.  ** Please note on 11/13/03 inmate Hullum wrote a letter to the Deputy Superintendent in which he claimed to recant any previously claimed enemy issues and he requested not to be transferred to Norfolk or OCCC, and he requested to be released to population.  He was subsequently presented with a waiver and he signed it attesting to claims of no enemy issues.

**Prior Incarceration Summary**
11/27/90  Sent to MCI-CJ
11/30/90  Comm to MCI-CJ
11/30/90  Trans to MCI-Concord
02/14/91  Trans to OCCC
03/27/91  Ret'd to MCI-CJ
09/20/91  DSU Placement
09/22/92  Phase II, MCI-Norfolk

## Classification Report

**Name:** LANCE HULLUM                  **Commitment#:** W49489       **Institution:** MCI CEDAR JUNCTION
**Commitment Date:** 19901130  **DOB:** 19711126   **Status:** ACTIVE      **Unit/Cell/Bed:** BLOCK 6,2,A

**Class Type:** Subsequent Hearing  **Sec Level:** 6          **PE:** 20050303   **Release Date :** 20171101

```
02/22/93   Rel'd to pop
03/22/93   Trans MCI-Shirley (med)
07/29/93   Trans to SECC
08/26/93   Ret'd to OCCC
09/30/93   Trans to NCCI
01/05/94   Ret'd to MCI-CJ
09/26/94   DDU Placement, 66 mos, PRD 02/26/00
08/03/00   Early release to population
10/16/00   DDU Placement, 18 mos, PRD 03/29/02
04/28/02   Rel'd to population
```

Imate Hullum is currently serving his 1st adult incarceration for Rape of a Child under 16 with
Force (20-30 years).  Subject was sentenced to MCI-CJ on 11/27/90 and committed to MCI-CJ on
11/30/90, transferring to MCI-Concord on the same day for initial classification purposes.
Subject's overall adjustment has been poor evidenced by 3 RTHC, a lateral failure, a DSU
placement, 2 DDU Placements, and the receipt of 81 d-reports.

While housed at MCI-Concord, subject received a d-report on 2/12/91 for writing a sexually
explicit letter to a female CO.  As a result of his initial classification and the receipt of
the above mentioned d-report, he was transferred to OCCC on 2/14/91.  While there, he received
2 d-reports for possession of a pick-type weapon and smashing his cell window with a trash
barrel.  As a result, he was RTHC to MCI-CJ on 3/27/91.

While at MCI-CJ, Inmate Hullum steadily received d-reports for offenses including threatening
to punch a Unit Manager in the face, fighting with inmate ████████, threatening to stab a
CO, possession of an 8" pick-type weapon, possession of a 14" broom handle, assaulting a CO
with urine, fighting with inmate ████████, fighting with inmate ████████ and
threatening to stab a correction counselor.  As a result of these offenses, he was sentenced to
1 year DSU with a CRD of 10/92.  Inmate Hullum progressed to Phase II at MCI-Norfolk on 09/22/92
and was subsequently released to population on 02/22/93.

On 07/29/93, subject was laterally transferred to SECC from MCI-Shirley (med) as a result of an
accumulation of d-reports.  On 08/26/93, he was RTHC to OCCC from SECC as a result of overall
poor institutional adjustment.  On 01/05/94, subject was again RTHC to MCI-CJ from NCCI after
being found in possession of an 11" sharpened weapon made out of flashing.

On 05/11/94, Inmate Hullum was placed in the EWSU after he received a d-report for threatening
staff.  While in the EWSU, he received a d-report on 5/28/94 for assaulting inmate ████████
████████ in the EWSU yard with a razor blade.  Inmate Hullum was subsequently placed in the DDU
for 66 months (PRD 02/26/00) as well as receiving a 6-6 years, 1 day F&A for A&B b/m DW.  While
in the DDU, he received a total of 16 d-reports for offenses including fighting, assaulting
other inmates, possession of another inmate's property, destruction of state property,
tampering with his cell door, disruptive conduct, and possession of weapons.  Of note was a
11/28/95 verbal confrontation with ████████ a 4/14/98 fight with ████████ a 4/16/97
attempted assault on ████████ and a 11/17/97 assault on ████████ with feces. He
received an early release to pop. on 8/3/00.

On 8/27/00, subject assaulted inmate ████████ on the side of his neck with a silver
disk.  Hullum received 18 months in DDU.  On 4/28/02 he was released to population.

**Visits**

# Classification Report

Name:  LANCE HULLUM          Commitment#: W49489       Institution: MCI CEDAR JUNCTION
Commitment Date: 19901130  DOB: 19711126   Status: ACTIVE     Unit/Cell/Bed: BLOCK 6,2,A

Class Type:  Subsequent Hearing  Sec Level: 6        PE:  20050303    Release Date : 20171101


    Subject claims he receives regular visits from his mother twice a month at MCI-CJ.

  **Return Comments**


  **Institution Comments**


  **Administrative Chronology**

| Admission Date Location | Admission/Release Description |
|---|---|
| **INMATE REQUEST** | |
| **Institution** | **Programs** |
| MCI NORFOLK | Institutional Employment |
| MCI NORFOLK | REASONING & REHABILITATION PROGRAM |

| | |
|---|---|
| Rapoza, Thomas, J | 11/04/2003 |