Massachusetts Department of Correction - Bed Management - Inmate Details And Interna... Page 1 of 3

Massachusetts Department of Correction - Bed Management - Inmate Details And Internal Bed History View - W_HOU_INM Report on Thursday November 10, 2005 14:27

| Select Inmate Commitment Number | Name | | Comm # | Status | Unit, Cell, Bed | Sec. Level | Comm | PE | |
|---|---|---|---|---|---|---|---|---|---|
| W49489 | LANCE | HULLUM | W49489 | ACTIVE | BLOCK 6,2,A | 6 | 19901130 | 20050303 | 20 |

| Institution | Housing Unit | Room/Cell | Bed | Bed Type | Date Entered | Date Departed | Comments | Time Entered |
|---|---|---|---|---|---|---|---|---|
| MCI CEDAR JUNCTION | BLOCK 6 | 2 | A | General Population | 20050822 | | | 03:13 PM |
| MCI CEDAR JUNCTION | BLOCK 2 | 2 | A | General Population | 20050419 | 20050822 | | 10:07 AM |
| MCI CEDAR JUNCTION | BLOCK 6 | 2 | A | General Population | 20041206 | 20050419 | | 02:09 PM |
| MCI CEDAR JUNCTION | BLOCK 6 | 8 | A | General Population | 20040728 | 20041206 | | 04:29 PM |
| MCI CEDAR JUNCTION | BLOCK 7 | 9 | A | General Population | 20040604 | 20040728 | | 09:10 PM |
| MCI CEDAR JUNCTION | TEN BLOCK | 44 | A | SMU | 20040602 | 20040604 | | 09:51 AM |
| MCI CEDAR JUNCTION | BLOCK 7 | 9 | A | General Population | 20040209 | 20040602 | | 01:59 PM |
| MCI CEDAR JUNCTION | TEN BLOCK | 49 | A | SMU | 20040209 | 20040209 | | 01:45 PM |
| MCI CEDAR JUNCTION | BLOCK 7 | 9 | A | General Population | 20040202 | 20040209 | | 02:31 PM |
| MCI CEDAR JUNCTION | TEN BLOCK | 9 | A | SMU | 20040124 | 20040202 | | 05:10 PM |
| MCI | | | | General | | | | |

EXHIBIT C

file://M:\output.htm

Massachusetts Department of Correction - Bed Management - Inmate Details And Interna... Page 2 of 3

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CEDAR JUNCTION | BLOCK 4 | 13 | A | Population | 20040108 | 20040124 | | PM |
| MCI CEDAR JUNCTION | TEN BLOCK | 7 | A | SMU | 20031205 | 20040108 | | 04:16 PM |
| MCI CEDAR JUNCTION | HOSPITAL | 6 | A | HSU | 20031204 | 20031205 | | 08:50 AM |
| MCI CEDAR JUNCTION | TEN BLOCK | 7 | A | SMU | 20031104 | 20031204 | | 02:51 PM |
| MCI CEDAR JUNCTION | TEN BLOCK | 27 | A | SMU | 20031104 | 20031104 | | 02:36 PM |
| MCI CEDAR JUNCTION | BLOCK 4 | 6 | A | General Population | 20031023 | 20031104 | | 02:09 PM |
| MCI CEDAR JUNCTION | BLOCK 4 | 10 | A | General Population | 20030821 | 20031023 | | 11:04 AM |
| MCI CEDAR JUNCTION | BLOCK 2 | 12 | A | General Population | 20030624 | 20030821 | | 10:51 AM |
| MCI CEDAR JUNCTION | BLOCK 2 | 8 | A | General Population | 20030604 | 20030624 | | 03:59 PM |
| MCI CEDAR JUNCTION | TEN BLOCK | 15 | A | SMU | 20030525 | 20030604 | | 01:57 PM |
| MCI CEDAR JUNCTION | BLOCK 2 | 8 | A | General Population | 20030521 | 20030525 | | 01:53 PM |
| MCI CEDAR JUNCTION | BLOCK 2 | 14 | A | General Population | 20030521 | 20030521 | | 01:35 PM |
| MCI CEDAR JUNCTION | BLOCK 2 | 31 | A | General Population | 20030318 | 20030521 | | 01:38 PM |
| MCI CEDAR JUNCTION | TEN BLOCK | 1 | A | SMU | 20030302 | 20030318 | | 09:43 PM |
| MCI | TEN | | | | | | | 10:14 |

Massachusetts Department of Correction - Bed Management - Inmate Details And Interna... Page 3 of 3

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CEDAR JUNCTION | BLOCK | 18 | A | SMU | 20030124 | 20030302 | | AM |
| MCI CEDAR JUNCTION | BLOCK 7 | 13 | A | General Population | 20021226 | 20030124 | | 01:25 PM |
| MCI CEDAR JUNCTION | BLOCK 5 | 28 | A | General Population | 20020911 | 20021226 | | 02:30 PM |
| MCI CEDAR JUNCTION | BLOCK 7 | 28 | A | General Population | 20020905 | 20020911 | | 11:17 AM |
| MCI CEDAR JUNCTION | BLOCK 5 | 28 | A | General Population | 20020712 | 20020905 | | 01:42 PM |