# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### DISCIPLINARY REPORT

| | | | | | |
|---|---|---|---|---|---|
| Inmate | HULLUM, LANCE | | Commit No | W49489 | Housing Unit BLOCK 4 |
| Date | 28-OCT-2003 | D- Report No. | 25725 | Institution | MCI CEDAR JUNCTION |

**OFFENSE(S) & CODE NO.:**
 02-VIOLATING ANY DEPARTMENT RULE OR REGULATION
 08-CONDUCT WHICH DISRUPTS
 18-FIGHTING WITH, ASSAULTING, OR THREATENING ANOTHER PERSON WITH ANY OFFENSE AGAINS PERSON OR PROPERTY
 19-OBSCENE/ABUSIVE/THREAT LANGUAGE
 32-VIOLATING ANY LAW

**Major** [X]    **Minor** [ ]

**Description of Offense(s)**
 On 10-27-03, a letter was forwarded to the I.P.S. office from the Chief Court Officer at the Appeals Court in Boston. This correspondence was authored by inmate Lance Hullum. The contents of this letter contained racial implications and threatening gestures directed towards the Court Clerk. Inmate Hullum writes " I am not one of those inmates you can play with, with your white supremacist, power tripping, sexually abused by a priest self. It's a good thing I can't mail myself to the court because I would cut you from your ass to your head! You Fucken cracker!" Inmate Hullum was interviewed by I.P.S. staff and he claimed responsibility for this letter, stating " Ya I wrote it, their fucking with my Appeal." This letter is being held in the I.P.S. office as evidence.
 All proper authorities were notified.

**Has Inmate been placed on Awaiting Action Status**   Yes [X]   No [ ]

| | | | | | | |
|---|---|---|---|---|---|---|
| Referred to DA | [ ] Yes | [X] No | Referred to DDU | [ ] Yes | [X] No | |
| Reporting Staff | | Brian Cox J | | Date 28-OCT-2003 | Time 19:23 | |

**Days off**   Sun  Mon
**Shift**   7-3

| | | | | |
|---|---|---|---|---|
| Shift Commander | Kenneth Deorsey L | | Date 28-OCT-2003 | Time 22:00 |
| Disciplinary Officer | Anthony Catalano M | | Date 29-OCT-2003 | Time 08:00 |

**Results**   PLEA GUILTY

| Code Description | Sanctions | Start Date | End Date | # of Units | SS | Amount |
|---|---|---|---|---|---|---|
| 02-VIOLATING ANY DEPARTMENT RULE OR REGULATION | Dismissed | | | | | |
| 08-CONDUCT WHICH DISRUPTS | Loss Canteen | 20031126 | 20040225 | 91 | | |

EXHIBIT D1

20051110 15:44

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### DISCIPLINARY REPORT

| Inmate | HULLUM, LANCE | Commit No | W49489 | Housing Unit | BLOCK 4 |
|---|---|---|---|---|---|
| Date | 28-OCT-2003    D- Report No. | 25725 | Institution | MCI CEDAR JUNCTION | |

| Offense | Sanction | | | |
|---|---|---|---|---|
| 18-FIGHTING WITH, ASSAULTING, OR THREATENING ANOTHER PERSON WITH ANY OFFENSE AGAINST HIS PERSON OR PROPERT | Loss TV/Radio | 20031126 | 20040225 | 91 |
| 19-OBSCENE/ABUSIVE/THREAT LANGUAGE | Loss Telephone | 20031126 | 20040225 | 91 |
| 32-VIOLATING ANY LAW | Loss Visits | 20031126 | 20040225 | 91 |

**Reviewing Authority**   William Grossi J    **Date** 27-NOV-2003    **Time** 19:30

20051110 15:44

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### DISCIPLINARY REPORT

| | | | | |
|---|---|---|---|---|
| **Inmate** HULLUM, LANCE | | **Commit No** W49489 | **Housing Unit** TEN BLOCK | |
| **Date** 24-JAN-2004 | **D- Report No.** 31485 | | **Institution** MCI CEDAR JUNCTION | |

**OFFENSE(S) & CODE NO.:**
01-DISOBEYING AN ORDER, LYING, INSOLENCE
08-CONDUCT WHICH DISRUPTS
18-FIGHTING WITH, ASSAULTING, OR THREATENING ANOTHER PERSON WITH ANY OFFENSE AGAINS PERSON OR PROPERTY

**Major** [X]     **Minor** [ ]

**Description of Offense(s)**

On 1-24-04 at 4:07 pm, I Officer Nagle witnessed inmate Lance Hullum (cell #13) engage in a physical altercation with inmate ▓▓▓▓▓▓▓▓ (cell #18) on the flats of the Block 4 unit. During this altercation, inmate ▓▓▓▓▓▓▓▓ (cell #19) ran from the second tier to the flats and also became involved in this assault.

Inmate Hullum exchanged several closed fist punches with inmates ▓▓▓▓ and ▓▓▓▓. All inmates were given several direct orders to stop fighting by myself.

Emergency response Procedures were initiated via two-way radio. All combatants separated on their own and were placed into restraints by responding staff.

All combatants were escorted out of the unit and to the HSU.
EW Corr Sgt and Corr LT notified.

**Has Inmate been placed on Awaiting Action Status**     Yes [ ]     No [X]

**Referred to DA**     [ ] Yes     [X] No          **Referred to DDU**     [ ] Yes     [X] No

**Reporting Staff**     Daniel Nagle P          **Date** 24-JAN-2004     **Time** 18:41

**Days off**     Mon Tue
**Shift**     3-11

**Shift Commander**     John Jones J          **Date** 24-JAN-2004     **Time** 21:19

**Disciplinary Officer**     Anthony Catalano M          **Date** 26-JAN-2004     **Time** 07:00

**Results**     PLEA GUILTY

| Code Description | Sanctions | Start Date | End Date | # of Units | SS | Amount |
|---|---|---|---|---|---|---|
| 01-DISOBEYING AN ORDER, LYING INSOLENCE | Comb W/#18 | | 20040129 | 0 | | |
| 08-CONDUCT WHICH DISRUPTS | Loss Telephone | 20040407 | 20040512 | 35 | | |

EXHIBIT D2

20051110 15:44

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### DISCIPLINARY REPORT

| | | | | | | |
|---|---|---|---|---|---|---|
| **Inmate** | HULLUM, LANCE | | **Commit No** | W49489 | **Housing Unit** | TEN BLOCK |
| **Date** | 24-JAN-2004 | **D- Report No.** | 31485 | **Institution** | MCI CEDAR JUNCTION | |

| | | | | |
|---|---|---|---|---|
| 18-FIGHTING WITH, ASSAULTING, OR THREATENING ANOTHER PERSON WITH ANY OFFENSE AGAINST HIS PERSON OR PROPERT | Loss TV/Radio | 20040407 | 20040512 | 35 |
| | Loss Canteen | 20040407 | 20040512 | 35 |

| | | | | | |
|---|---|---|---|---|---|
| **Reviewing Authority** | William Grossi J | | **Date** | 30-JAN-2004 | **Time** 17:30 |

20051110 15:44

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### DISCIPLINARY REPORT

| | | | | | |
|---|---|---|---|---|---|
| **Inmate** | HULLUM, LANCE | **Commit No** | W49489 | **Housing Unit** | BLOCK 7 |
| **Date** | 01-JUN-2004   **D- Report No.** | 37914 | | **Institution** | MCI CEDAR JUNCTION |

**OFFENSE(S) & CODE NO.:**
08-CONDUCT WHICH DISRUPTS
19-OBSCENE/ABUSIVE/THREAT LANGUAGE

**Major** [X]          **Minor** [ ]

**Description of Offense(s)**
On 6-1-2004 at approximatly 2115 hrs inmate lance Hullum began threatening inmate ▮▮▮▮▮ who was involved in a fight in block 7 .Inmate Hullum stated "Im gona kill you you fucking skinner "several times .Inmate Hullums actions disrupted the emergancy response that was implemented for a fight between inmates ▮▮▮▮▮ and ▮▮▮▮▮ .Inmate Hullums actions put him in violation of the above offenses .

**Has Inmate been placed on Awaiting Action Status**   Yes [X]   No [ ]

**Referred to DA**   [ ] Yes   [X] No          **Referred to DDU**   [ ] Yes   [X] No

**Reporting Staff**   James Cronin M          **Date** 01-JUN-2004   **Time** 21:21

**Days off**   Fri  Sat
**Shift**   3x11

**Shift Commander**   Kenneth Deorsey L          **Date** 02-JUN-2004   **Time** 03:35

**Disciplinary Officer**   Ernest Therien J          **Date** 02-JUN-2004   **Time** 07:00

**Results**   PLEA GUILTY

| Code Description | Sanctions | Start Date | End Date | # of Units | SS | Amount |
|---|---|---|---|---|---|---|
| 08-CONDUCT WHICH DISRUPTS | Loss Telephone | 20040623 | 20040728 | 35 | | |
| 19-OBSCENE/ABUSIVE/THREAT LANGUAGE | Loss TV/Radio | 20040623 | 20040728 | 35 | | |

**Reviewing Authority**          **Date**          **Time**

20051110 15:43


EXHIBIT D3