## UMASS CORRECTIONAL HEALTH
### SICK CALL REQUEST FORM

Print Name: _LANCE 3X Hullum,_ ID#: _W-49989_

Date/Time _11/6/03_ Housing Location: _Ten Block_

Check ONLY One Box: ☑ Medical ☐ Dental ☐ Mental Health

Nature of problem or request: _I need to see P.A. Kara regarding a renewal of all my Lupus medications._

I consent to be treated by the healthcare staff for the condition described above.

Inmate Signature _Lance 3X Hullum._

**PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA**
**DO NOT WRITE BELOW THIS AREA**

REFERED TO:

Date/Time Recieved: _11/6/03 3p_

Institution: _MCI CJ_

Slip Sorted by: _Elaine Millot_

☐ Nurse  ☑ Midlevel  ☐ Physician
☐ Mental Health  ☐ Dental  ☐ Other ____

Subjective:

Objective: T ____ P ____ R ____ B/P ____

_renewed Jan 11-12-03_

Assessment:

Plan [include inmate education]:

Signature & Title: _____ Date: ____ Time: ____

8022 Rev. 4/01



EXHIBIT F1

*Third Notice*

**UMASS CORRECTIONAL HEALTH
SICK CALL REQUEST FORM**

Print Name: LANCE 3X HULLUM,    ID#: W-49489

Date/Time: 11/10/03 5:49pm    Housing Location: Ten Block cell #7.

Check ONLY One Box:    ☑ Medical    ☐ Dental    ☐ Mental Health

Nature of problem or request: I was placed in Ten Block and don't have access to my skin medication that was in my cell in population. I need a renewal said medication...

I consent to be treated by the healthcare staff for the condition described above.

Inmate Signature: Lance 3X Hullum,

PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
DO NOT WRITE BELOW THIS AREA

***

Date/Time Received: 11/10/03

Institution: MCI CJ

Slip Sorted by: M

REFERED TO:
☐ Nurse    ☐ Midlevel    ☐ Physician
☐ Mental Health    ☐ Dental    ☐ Other _____

***

Subjective:

Objective: T _____ P _____ R _____ B/P _____

Assessment:

Reviewed
Savary
11-12-03
G. Savary, MD

Plan [include inmate education]:

Signature & Title: _____    Date: _____    Time: _____

8022 Rev. 4/01

**UMASS CORRECTIONAL HEALTH**
**SICK CALL REQUEST FORM**

Print Name: LANCE 3X Hullum     ID#: W-49989

Date/Time: 11/13/03 cell #7     Housing Location: Ten Block

Check ONLY One Box:   ☒ Medical   ☐ Dental   ☐ Mental Health

Nature of problem or request: Chest pains!!! And Breathing pRoblems/head pain

I consent to be treated by the healthcare staff for the condition described above.

Inmate Signature _Lance 3X Hullum_

PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
DO NOT WRITE BELOW THIS AREA

Date/Time Recieved: 11/13/03 8pm
Institution: CJ
REFERRED TO: ☐ Nurse  ☒ Midlevel  ☐ Physician
Slip Sorted by: Elaine Mellity
☐ Mental Health  ☐ Dental  ☐ Other ____

Subjective: inmate c/o nasal cong, sinus problem not "chest pain"

Objective: T ____ P ____ R ____ B/P ____

Assessment:                          proper ate 11/22/03
                                        esf
Plan [include inmate education]:

Signature & Title: _____ Date: _____ Time: ____
8022 Rev. 4/01

**UMASS CORRECTIONAL HEALTH**
**SICK CALL REQUEST FORM**

Print Name: LANCE 3X, HuLLum,    ID#: W-49989

Date/Time  11/19/03  7:22 Am    Housing Location: Ten Block cell #

Check **ONLY** One Box:    ☑ Medical    ☐ Dental    ☐ Mental Health

Nature of problem or request:

I am requesting prednisone to help control the many painful flares I am experiencing.

I consent to be treated by the healthcare staff for the condition described above.

Inmate Signature _Lance 3X, Hullum_

**PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA**
**DO NOT WRITE BELOW THIS AREA**

Date/Time Received: 11/19/03

Institution: CJ

Slip Sorted by: Pembroke

REFERRED:  ☐ Nurse   ☐ Midlevel   ☐ Physician
☐ Mental Health   ☐ Dental   ☐ Other _____

Subjective:

Objective: T _____ P _____ R _____ B/P _____

Assessment:

Plan [include inmate education]:

Signature & Title: _____  Date: _____ Time: _____

8022 Rev. 4/01

**UMASS CORRECTIONAL HEALTH**
**SICK CALL REQUEST FORM**

Print Name: LANCE 3X, Hulum    ID#: W-49989
Date/Time: 11/21/03  6:13 AM    Housing Location: _____

Check ONLY One Box:    ☐ Medical    ☐ Dental    ☑ Mental Health

Nature of problem or request:
I need to see mental health regarding my medical problems I am not getting proper treatmen for.

I consent to be treated by the healthcare staff for the condition described above.
Inmate Signature: Lance 3X Hulum

**PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA**
**DO NOT WRITE BELOW THIS AREA**

Date/Time Recieved: 11/21/03 0650 am
Institution: CJ
Slip Sorted by: _____

REFERED TO:
☐ Nurse    ☐ Midlevel    ☐ Physician
☑ Mental Health    ☐ Dental    ☐ Other _____

Subjective:

Objective:  T ___  P ___  R ___  B/P ___

Assessment: pt seen, see progress note dated 11/21/03

Plan [include inmate education]:

Signature & Title: _____    Date: 11/21/03    Time: 4:15 pm
8022 Rev. 4/01

Kevin,
Lance Hullum in Ten Block is complaining of headaches secondary to a lesion from Lupus. He stated that he has written Stan and has submitted three sick slips. There are two sick slips in his chart that Dr Jaiswal has reviewed and signed. Both sick slips were requesting renewal of medications with no mention of headaches.
Could you have him seen today? If not I will schedule him to be seen Friday.
Thank you,
AL S

*seen 11/22 by Dr Stefan*

*F/U Friday*

## UMASS CORRECTIONAL HEALTH
## SICK CALL REQUEST FORM

Print Name: LANCE 3X Hullum,   ID#: W-49489

Date/Time: 11/024/03.   Housing Location: Ten Block cell #7

Check ONLY One Box:   ☐ Medical   ☐ Dental   ☑ Mental Health

Nature of problem or request: I am in crissis I want to talk to Black male mental health worker alone about this Aryan supremacist doom empire I am living in.

I consent to be treated by the healthcare staff for the condition described above.

Inmate Signature: Lance 3X, Hullum.

PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
DO NOT WRITE BELOW THIS AREA

REFERED TO:

Date/Time Recieved: 11/24/03

Institution: CJ

Slip Sorted by: P.embrob

☐ Nurse   ☐ Midlevel   ☐ Physician
☑ Mental Health   ☐ Dental   ☐ Other

Subjective:

Objective: T ___ P ___ R ___ B/P ___

Assessment:

Plan [include inmate education]:
11/24/03 - Pt seen, stable see Dap note

Signature & Title: Jamie Chapman, MSW   Date: 11/24/03   Time: 7:00p

8022 Rev. 4/01

**UMASS CORRECTIONAL HEALTH**
**SICK CALL REQUEST FORM**

Print Name: _LANCE 3X, Hullum_     ID#: _W-49989_

Date/Time _11/28/03_     Housing Location: _Ten Block cell #7_

Check **ONLY** One Box:   ☐ Medical   ☐ Dental   ☑ Mental Health

Nature of problem or request: _I am have serious emotional problems because I am being held in ten block against my will on protective custody status. I need my T.V. to entertain me so I don't Flip out! I can't do long-term seg time without a T.V._

I consent to be treated by the healthcare staff for the condition described above.

Inmate Signature _Lance 3X, Hullum_

PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
DO NOT WRITE BELOW THIS AREA

Date/Time Recieved: _11/28/03_

Institution: _CJ_

Slip Sorted by: _Q Millett_

REFERED TO:   ☐ Nurse   ☐ Midlevel   ☐ Physician
☑ Mental Health   ☐ Dental   ☐ Other ____

Subjective:

Objective: T _____ P _____ R _____ B/P _____

Assessment:

Plan [include inmate education]:
_pt seen see progress note_
_date 11/29/03_

Signature & Title: _____ LICSW   Date _11/29/03_   Time: _230 AM_

8022 Rev. 4/01

 

**UMASS CORRECTIONAL HEALTH**
**SICK CALL REQUEST FORM**

Print Name: _LANCE 3X, Hullum_   ID#: _W-49989_

Date/Time _12/2/03_   Housing Location: _12/2/03_

Check **ONLY** One Box:   ☑ Medical   ☐ Dental   ☐ Mental Health

Nature of problem or request: _I am requesting stronger medication for short period of time to help me deal with the pain like dexamethasone or methylpredisone._

I consent to be treated by the healthcare staff for the condition described above.

Inmate Signature _Lance 3X Hullum_

**PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA**
**DO NOT WRITE BELOW THIS AREA**

Date/Time Recieved _12/2/03_

Institution: _[signature]_

Slip Sorted by: _[signature]_

REFERED TO:
☑ Nurse   ☐ Midlevel   ☑ Physician
☐ Mental Health   ☐ Dental   ☐ Other ____

Subjective:

Objective: T _____ P _____ R _____ B/P _____

Assessment:

Plan [include inmate education]:

Signature & Title: _____ Date: _____ Time: ____

8022 Rev. 4/01

**UMASS CORRECTIONAL HEALTH**
**SICK CALL REQUEST FORM**

Print Name: _LANCE 3X Hollow_   ID#: _W-79989_
Date/Time _12/8/03_   Housing Location: _Ten Block cell #7_
Check **ONLY** One Box:   ☑ Medical   ☐ Dental   ☐ Mental Health
Nature of problem or request: _I need to take my meds once a day because I am sick of correctional officers in my face. I am request to receive my two pills in the morning instead of at night. I get 20_

I consent to be treated by the healthcare staff for the condition described above.
Inmate Signature _[signature]_

PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
DO NOT WRITE BELOW THIS AREA
****************************************************************

Date/Time Recieved: _12/9/03  0900_

Institution: _[mark]_
Slip Sorted by: _ed_

REFERED TO:
☐ Nurse   ☐ Midlevel   ☑ Physician
☐ Mental Health   ☐ Dental   ☐ Other ____

****************************************************************

Subjective: _wants med x1 day_

Objective: T _____ P _____ R _____ B/P _____

Assessment:

Plan [include inmate education]: _Will order. Lupus currently under control._

Signature & Title: _[signature]_   Date: _12-10-03_   Time: _2P_

8022 Rev. 4/01

**UMASS CORRECTIONAL HEALTH
SICK CALL REQUEST FORM**

Print Name: LANCE 3X Hullum  ID#: W-49988

Date/Time: 12/13/03  Housing Location: Ten Block cell #7

Check ONLY One Box:  ☑ Medical  ☐ Dental  ☐ Mental Health

Nature of problem or request: I need A. & D. skin cream for dry skin, I am requesting a order, I don't like walki to the H.S.U. in hand cuffs because of potential enemies.

I consent to be treated by the healthcare staff for the condition described above.

Inmate Signature: _Lance 3X Hullum_

PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
DO NOT WRITE BELOW THIS AREA

Date/Time Recieved: 12/13/03

Institution: MCI·CJ

Slip Sorted by: N

REFERED TO:
☐ Nurse  ☑ Midlevel  ☐ Physician
☐ Mental Health  ☐ Dental  ☐ Other

Subjective: Says he is receiving plaquenil without difficulty. Says he continues to feel occasionally nauseous. No vomiting. Requests A+D for skin.

Objective: T ___ P ___ R ___ B/P ___
Skin - mild scaly rash of face ? due to lupus.
Abd: NSS. Non tender. No masses palpable.

Assessment: Dyspepsia possibly 2° meds.

Plan [include inmate education]:
Maalox

Signature & Title: _____ERN, M.D.  Date: 12-17-03  Time: ___

8022 Rev. 4/01

**UMASS CORRECTIONAL HEALTH**
**SICK CALL REQUEST FORM**

Print Name: LANCE 3X Hullum,   ID#: W-49989
Date/Time: 12/13/03   Housing Location: Ten Block cell #7
Check ONLY One Box:  ☐ Medical  ☐ Dental  ☑ Mental Health
Nature of problem or request: I am experiencing serious psychological problems due to my situation which is (involutary seg confinement) I was told by I.P.S. officer Dennehy that they received my enemies

I consent to be treated by the healthcare staff for the condition described above.
Inmate Signature: Lance 3X Hullum.

PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
DO NOT WRITE BELOW THIS AREA

Date/Time Recieved: 12/13/03
Institution: MCI-CJ
Slip Sorted by: [signature]

REFERED TO:
☐ Nurse  ☐ Midlevel  ☐ Physician
☑ Mental Health  ☐ Dental  ☐ Other ____

Subjective:

Objective: T ___ P ___ R ___ B/P ___

Assessment: Seen/Stable

Plan [include inmate education]: see DAP note

Signature & Title: [signature] LCSW   Date: 12/15/03  Time: 11:00 AM
8022 Rev. 4/01

**UMASS CORRECTIONAL HEALTH**
**SICK CALL REQUEST FORM**

Print Name: _LANCE 3X Hullum_ ID#: _W-49989_

Date/Time _12/23/03_ Housing Location: _Ten Block_

Check **ONLY** One Box:   ☑ Medical   ☐ Dental   ☐ Mental Health

Nature of problem or request: _My illness is exacerbating I am requesting dexamethasone medication_

I consent to be treated by the healthcare staff for the condition described above.

Inmate Signature _[signature]_

PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
DO NOT WRITE BELOW THIS AREA

*****************************************************************

Date/Time Recieved _12/23_

Institution _CA_

Slip Sorted By: _[signature]_

REFERED TO:
☐ Nurse   ☐ Midlevel   ☑ Physician
☐ Mental Health   ☐ Dental   ☐ Other ____

*****************************************************************

Subjective:

Objective: T _____ P _____ R _____ B/P _____

Assessment:

Plan [include inmate education]:

Signature & Title: _____ Date: _____ Time: _____
8022 Rev. 4/01

**UMASS CORRECTIONAL HEALTH**
**SICK CALL REQUEST FORM**

Print Name: _LANCE 3X. Hellum,_ ID#: _W-49989_

Date/Time _12/27/03. 6:41.pm._ Housing Location: _Ten Block cell 7._

Check **ONLY** One Box:   ☑ Medical   ☐ Dental   ☐ Mental Health

Nature of problem or request: _Immuno-modulatory Nutrients/diet/Fish oils-_
_sardine oil, cod liver oil/halibut/ect. my inflammation it self increases_
_energy and protein requirements; this fact accelerate my loss of muscle_

I consent to be treated by the healthcare staff for the condition described above.

Inmate Signature _Lance Hullum._

**PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA**
**DO NOT WRITE BELOW THIS AREA**

Date/Time Received: _27 Dec 03_

Institution: _[signature]_
Slip Sorted by: _MCI CJ_

REFERED TO:
☑ Nurse   ☑ Midlevel   ☐ Physician
☐ Mental Health   ☐ Dental   ☐ Other ____

Subjective:

Objective: T _____ P _____ R _____ B/P _____

Assessment:

Plan [include inmate education]:

Signature & Title: _____ Date: _____ Time: _____

8022 Rev. 4/01

**UMASS CORRECTIONAL HEALTH**
**SICK CALL REQUEST FORM**

Print Name: _Lance 3X Hullum_  ID#: _W-49989_
Date/Time _12/30/03, 12:03 pm._  Housing Location: _Ten Block cell #7_
Check ONLY One Box:  ☐ Medical  ☐ Dental  ☑ Mental Health
Nature of problem or request: _I need to speak with somebody about my situation in private. I was told by the I.P.S. sgt. Dennehy that his investigation is over and he would be recommending that I be place._

I consent to be treated by the healthcare staff for the condition described above.
Inmate Signature _Lance 3X Hullum_

PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
DO NOT WRITE BELOW THIS AREA
*********************************************************************

| Date/Time Recieved | Institution: _CJ_ | REFERED TO: |
| --- | --- | --- |
| _12/30/03_ | Slip Sorted by: | ☐ Nurse  ☐ Midlevel  ☐ Physician<br>☑ Mental Health  ☐ Dental  ☐ Other _____ |

*********************************************************************

Subjective:

Objective: T _____ P _____ R _____ B/P _____

Assessment:

Plan [include inmate education]:
See DAP note dated 12/31/03

Signature & Title: _Andrea K. Cowette_  Date: _12/31/03_  Time: _2:00 pm_
8022 Rev. 4/01

1/9

5+

## UMASS CORRECTIONAL HEALTH
## SICK CALL REQUEST FORM

Print Name: Lance 3X, Hullum,   ID#: W-49489

Date/Time: 1/8/04. 6:38 AM   Housing Location: Ten Black cell #7

Check ONLY One Box:   ☐ Medical   ☐ Dental   ☑ Mental Health

Nature of problem or request: To speak to Andrea in private in the visiting up stair by phone so I don't have to rush my conversation with her do to my arms hurting from the hand-cuffs and trying to

I consent to be treated by the healthcare staff for the condition described above.

Inmate Signature: _____

**PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA**
**DO NOT WRITE BELOW THIS AREA**

Date/Time Recieved

Institution: _____

REFERED TO:
☐ Nurse   ☐ Midlevel   ☐ Physician
☐ Mental Health   ☐ Dental   ☐ Other _____

Slip Sorted by: _____

Subjective:

Objective: T _____ P _____ R _____ B/P _____

Assessment:

Plan [include inmate education]: See progress note dated 1/9/04

Signature & Title: _____ PhD   Date: 1/9/04   Time: 7pm

8022 Rev. 4/01