## UMASS CORRECTIONAL HEALTH
### PROGRESS NOTES

Institution: CJ

NAME: Hullum, Lance    ID# W49489    D.O.B. 11/26/71

| DATE | TIME | NOTES |
|---|---|---|
| 1/4/03 Cowette | 2:30pm | Admin Note: Pt. chart reviewed prior to pt. being transferred to 10-block; ⊕ MH Hx; refer to crisis clinician for Initial Mental Status update. — J. Cowette, MA [signature] LICSW |

7113B 1/95    MENTAL HEALTH

EXHIBIT F2

## UMASS CORRECTIONAL HEALTH
### PROGRESS NOTES

Institution: MCI-CJ

NAME: Hullum, Lance    ID #: W49489    D.O.B.: 11/26/71

| DATE | TIME | NOTES |
|---|---|---|
| 11/4/03 Cowette | 6:59 pm | (O) Met w/ pt. @ cell door in IOB to complete initial mental status update 2° to "newman" status in IOB. Pt. stated that he is "alright" and adjusting well to IOB. Pt. reported that he ate his dinner. <br> (A) Pt. appeared calm and cooperative @ the time of the interview. Speech well-modulated, thought process logical, thought content organized. ⊖ SI/HI/del/hal. <br> (P) Monitor per seg rounds/pm. <br> —M. Cowette MSW LICSW |

71138 1/95    MENTAL HEALTH

## UMASS CORRECTIONAL HEALTH
### PHYSICIAN'S ORDER

PRESCRIPTION ORDER - FOR DEPARTMENT OF CORRECTION INSTITUTIONAL USE ONLY

NAME: Hullum, Lance  ID NUMBER: W49489  D.O.B.: 11/26/70
INSTITUTION: MCI-CJ  ALLERGIES: NKDA
DATE: 11/12/03  TIME: 2:10 PM

ORDERS

Renew  Plaquenil 200 mg PO BID x 90 days

Synalar lotion 0.1% to scalp BID x 30 days.

noted RN 11/12/03

SIGNATURE: [signature]
PRINT NAME: [illegible], MD

Interchange is mandatory unless the prescriber writes the words "no substitution" in this space:

8006 Rev. 4/01

Original (White): Retain in Inmate Medical Record
Copy (Yellow): Fax to Pharmacy; File with Pharmacy Orders

## UMASS CORRECTIONAL HEALTH
### PROGRESS NOTES

Institution: MCI-CJ

NAME: Hullum, Lance  ID #: W49489  D.O.B.: 11/26/71

| DATE | TIME | NOTES |
|---|---|---|
| 11/12/03 Chapman | 3:00pm | D: Spoke with Pt. outside of cell in 10 Block. Pt. reports that he had wanted to speak with Erika Grandberg, the MHD because he does not want to be transferred to Norfolk. Pt. states that he wants to spend the holidays in general population at CJ and he does not want to have to share a cell at Norfolk. Clarified if Pt. understood who the MHD is. Pt. stated that the MHD had previously helped and he wants her to help him again. Informed Pt. that MH does not make classification ~~issues~~ decisions. Informed Pt. that this writer would inform the MHD about his request + would f/u with him when possible. MSE: Pt. is cooperative. Mood + affect appear slightly agitated when discussing issue but otherwise stable. Organized, lucid + O x 4. Pt. denies SI, HI, AH, VH, delusions. A: No evidence of harm to self/others at this time. P: Consult with MHD + f/u with Pt. Pt. will be seen PRN + on rounds per protocol. Jamie Chapman, MSW |

7113B 1/95                                MENTAL HEALTH

# CORRECTIONAL MEDICAL SERVICES / UMASS
## PROGRESS NOTES

Institution: MCI-CJ

NAME: Hallum, Lance   ID #: W49489   D.O.B.: 11/26/70

| DATE | TIME | NOTES |
|---|---|---|
| 11/13/03 | 0530 | S: I/M complaining of intermittent HAs. O: Seen @ cell door in segregation unit, A+O x3, c/o HA, c/o not being seen by medical ∅ I/M submitted three sick slips, I/M stated that he has a lesion R/T Dx of Lupus that he would like to discuss c̄ MD. I/M requesting Tylenol for HA. A: Alt in comfort. P: Refer to MD for evaluation of HAs and review Dx of Lupus c̄ I/M, APAP 650mg PO given to I/M, APAP 650 mg PO TID PRN x 3 days ———— a nurse |
| 11/24/03 | 11a | Hx SLE / mostly skin involvement. Usual presentation for him is painful nodules on scalp. He has had flare ups like this ≥ on several occasions in past year — and usually responds well to short, low dose prednisone Rx. He also complained recently of brief chest pains and fleeting "numbness" a chest wall. Exam — not in distress / well appearing. Temp 97.4 Scalp — several tender subcutaneous nodules present. Cardiac — nml S1, S2, no ⊖ / friction rub. No gallop. Lungs: clear. Abdomen ⊖. Joints: ⊖ swelling / tenderness. A) probable SLE flare up ⊕ skin lesions → scalp only (painful). Cardiac / Pulmonary / Renal / CNS ⊖ No indication of involvement at this time. Plan: Prednisone taper & follow-up. N. DeJean MD |

## UMASS CORRECTIONAL HEALTH
### PROGRESS NOTES

Institution: CJ

NAME: Hullum, Lance    ID #: W49489    D.O.B.: 11/26/71

| DATE | TIME | NOTES |
|---|---|---|
| 11/15/03 Cowette | 8:30pm | (S) Met w/ pt. a cell door in 10B. Pt. stated that his issues are resolved and he is going back to population. No MH issues reported @ this time.<br>(A) Pt. calm & cooperative at the time of the interview. ⊖ SI/HI/del/hal. No complaints related to sleep/appetite.<br>(P) Monitor per seg protocol<br>Andrea K Cowette MSW LICSW |

7113B 1/95                MENTAL HEALTH

## UMASS CORRECTIONAL HEALTH
### PROGRESS NOTES

NAME: Lorell Hollim    ID # W 49489   D.O.B. 11/26/71   Institution: [illegible]

| DATE | TIME | NOTES |
|---|---|---|
| 11/21/03 (cont'd) | 9:45am | Pt seen at the cell door, looks acute & in distress. He said he doesn't feel he's getting proper medical care. He said he has hung on & won't see medical. Pt stated he believes the issue of returning to population is rather than being released has been [illegible]. No S/S's reported. Mood frustrated & congruent, affect calm and cooperative, needs transparent and oriented × 3, speech well modulated, concentration not impaired, good eye contact, tactile oriented. Still [illegible] that [illegible] have of neuro ref. Appears stable. P) Inform medical of pt's concerns, monitor per/of protocol, nothing needed. [signature] MJ LCSW |
| 11/21/03 | 9:50am | Addendum - This writer was unable to see the pt at the cell for the above contact & do the institution was locked down. [signature] MJ LCSW |

7113B 1/95    MENTAL HEALTH



## UMASS CORRECTIONAL HEALTH
### PHYSICIAN'S ORDER

PRESCRIPTION ORDER - FOR DEPARTMENT OF CORRECTION INSTITUTIONAL USE ONLY

NAME  Hullum, Lance    ID NUMBER  W49489    D.O.B.  11/26/70
INSTITUTION  MCI/CJ    ALLERGIES  NKDA
DATE  11/19/03    TIME  11:00 a

ORDERS

① Prednisone  10 mg, po, qd x 4 d.
              7.5 mg, po, qd x 4 d
              5 mg, po, qd x 3 d
              2.5 mg, po, qd x 3 d
              D/C

② F/U by MD in 3-4 days.

Noted pop 11/19/03 11:15

SIGNATURE  N. Istfan
PRINT NAME  Istfan MD

Interchange is mandatory unless the prescriber writes the words "no substitution" in this space:

UMASS 8006 Rev. 4/01    Original (White): Retain in Inmate Medical Record

## U MASS Correctional Healthcare Program

PROGRESS NOTE

<u>MCI-CEDAR JUNCTION</u>
Institution

NAME: Hullum, Lance          ID# W49489          D.O.B. 11/26/71

DATE: 11/24/03                TIME: 7:00 PM

D: Spoke with Pt. on tier in 10-Block. This writer had been informed that there was insufficient staff to take Pt out of cell. Pt had put in a slip requesting a black male to discuss "This Aryan supremacist [sic] doom empire I am living in." Pt informed this writer that he had requested a male. Informed Pt that he cannot request whom he sees specifically but that he must see whoever is on the crisis shift. Pt asked if Banabas is still here. Informed Pt that he has gone home for the night. Pt stated that he would wait until tomorrow. Reiterated that Pt can see whoever is covering the crisis shift and that this writer would be happy to meet with him. Pt stated that he did not wish to meet with this writer. MSE: Pt. appears euthymic in mood and affect. Calm and cooperative. Thoughts appear organized and future-oriented. Oriented x 4. No evidence of SI, HI, AH, VH or delusions.

A: No evidence of risk to self or others at this time. No evidence of MMI at this time. Pt. appears aware of how to request MH services if needed.

Pt. will be seen on rounds per protocol and PRN. Reminded about protocol concerning MH services.

_Jamie Chapman, MSW_
Jamie Chapman, MSW

_Mushelda Zegan LICSW_

# UMASS CORRECTIONAL HEALTH
## PROGRESS NOTES

NAME: Lacee Kullum    ID # W49489    D.O.B. 11/26/7?    Institution:

| DATE | TIME | NOTES |
|------|------|-------|
| 11/29/03 | 2:30a | 1) Pt. seen in IPS 20 to self referral. Pt said he did not want to speak to this writer and only wanted to speak to a black male. This writer explained to the pt. that I was meeting him because I am on call and encouraged him to discuss his issues but he declined. Pt asked when Georges (MSW Ly Lion) was on call and indicated he'll submit sick slips until he sees him. 2) No evidence of SI/HI or distress, mood euthymic (broad affect), calm but uncooperative (not disclosing his base/reason). Behavior not bizarre, thought process (logical), speech (well modulated), concentration not impaired, good eye contact, future oriented. No SI reported. No evidence of HI or depression. Appears stable. No evidence at mmt. 3) monitor on MH rounds as well. MH as needed. discuss in team. [signature] WCSW |

MENTAL HEALTH
7113B 1/95

## UMASS CORRECTIONAL HEALTH
### PROGRESS NOTES

NAME: Lance Hull/nm   ID # W49489   D.O.B. 11/26/71   Institution: CJ

| DATE | TIME | NOTES |
|---|---|---|
| 12/3/03 | 4³⁰ pm | (S) Pt seen at celldoor re 10B per MS update. Pt stated that he is okay. No MH issue/concern was raised at the time. No S/H/SI reported. Pt appeared to be in control. (O) unremarkable. Consult MS update. ⊖ S/H/SI/del/hal. No evidence of neuroveg signs/acute distress. Appeared stable. (P) No F/U indicated. Monitor per seg protocol. MH prn — [signature], LCSW. |

7113B 1/95                          MENTAL HEALTH

## UMASS CORRECTIONAL HEALTH
### PHYSICIAN'S ORDER

PRESCRIPTION ORDER - FOR DEPARTMENT OF CORRECTION INSTITUTIONAL USE ONLY

NAME: Hulton, Lack    ID NUMBER: W45489    D.O.B.: 11/26/70
INSTITUTION: MCJ    ALLERGIES: NKDA
DATE: 12/4/03    TIME: 0830

ORDERS:
ECG — done
House on Ward x 24°
Maalox 30cc po now

12-4-03 9A

SIGNATURE: _____
PRINT NAME: _____

Interchange is mandatory unless the prescriber writes the words "no substitution" in this space:

UMASS 8006 Rev. 4/01    Original (White): Retain in Inmate Medical Record

## UMASS CORRECTIONAL HEALTH
### PROGRESS NOTES

NAME: Hallum, Lance    ID # W49489    D.O.B. 11/26/70    Institution: CJ

| DATE | TIME | NOTES |
|---|---|---|
| 12/4/03 | 8:20A | S- c/o chest pain on (L) side of chest, "needles on (L) side of body" O- pain - 4 or 5/10, 8 apparent grimacing 138/78 · 88 · POx 100% on R/A A - EKG |
| 12/5/03 | 9A | Says he feels better today. No chest pain, no shortness of breath. O: Lungs: Clear to P+A  Cor: Reg S₁+S₂. No (m). A: Lupus P: Refer to cardiology for possible stress test. DONALD KERN MD |
| 1/16/04 | 1P | Chart review - Cardiology note reviewed will order ASA + Echo. |

7113W 1/95

## UMASS CORRECTIONAL HEALTH
### PROGRESS NOTES

NAME: Lance Hullum    ID# W49489    D.O.B. 11/26/71    Institution: CJ

| DATE | TIME | NOTES |
|---|---|---|
| 12/4/03 | 8:50 AM | ① Pt seen in HSU NP office 2° to request to speak to MH. Pt vented his frustration with housing and medical related issues. Asked to know if this writer could advocate on his behalf. Encouraged Pt to advocate for self. Pt agreed to advocate for self but expressed his frustration with security for failing to respond to previous grievances addressing classification issues and medical needs. Discussed serious medical issues and described medical care in CJ as inadequate. Stated his desire to be placed in population. Pt is currently housed in HSU for medical reasons. Told pt will discuss his concerns with security. Encouraged Pt to feel free to discuss his issues with Crisis Clinician. Told Pt he cannot choose/pick who he wants to speak with. Pt explained his reluctance to speak to other clinicians/female clinicians to unpleasant past experience. Told this writer other clinicians in past treated him with an attitude. Stated that female clinicians |

7113B 1/95    MENTAL HEALTH

# UMASS CORRECTIONAL HEALTH
## PROGRESS NOTES

NAME: Lance Hallum   ID # W49489   D.O.B. 11/26/71   Institution: CJ

| DATE | TIME | NOTES |
|---|---|---|
| 12/4/03 AWEDDBA Continue | 8:50 am | appear scared when meeting with him and that he finds it difficult discussing his issues/concerns with them. Told pt will contact security on his behalf and give him a feedback. Denied SI/HI/SIB. (A) Euthymic mood, full range affect, calm, cooperative, well modulated speech, concentration not impaired, alert and future oriented. Thought process logical. Thought content organized. ⊖ SI/HI/SIB/del/hal. No evidence of neurovegetative signs/acute distress. Appeared to be in control. (P) Will contact security to discuss pts concern and provide feedback. MH prn —— LCSW |
| 12/4/03 AWEDDBA | 11:40 am | addendum: Contacted Dept. Sup for H. Discussed pts concerns. Security will be contacting pt. Pt informed. No f/u indicated. MH prn. —— LCSW |

7113B 1/95   MENTAL HEALTH

## UMASS CORRECTIONAL HEALTH
### PHYSICIAN'S ORDER

PRESCRIPTION ORDER - FOR DEPARTMENT OF CORRECTION INSTITUTIONAL USE ONLY

NAME  HULLUM, LANCE    ID NUMBER  W49489    D.O.B. 11-26-71
INSTITUTION  CJ    ALLERGIES  NKDA
DATE  12-10-03    TIME  2P

ORDERS

1) D/C PLAQUENIL 200 MG BID
2) PLAQUENIL 400 MG PO Q DAY THRU 3/31/04.

DONALD KERN, M.D.

SIGNATURE _____    Interchange is mandatory unless the prescriber writes the words "no substitution" in this space:

PRINT NAME _____

UMASS 8006 Rev. 4/01    Original (White): Retain in Inmate Medical Record
Copy (Yellow): Fax to Pharmacy; File with Pharmacy Orders

## UMASS CORRECTIONAL HEALTH
### PROGRESS NOTES

NAME: Lance Hulum    ID # W49489   D.O.B. 11/26/71   Institution: CJ

| DATE | TIME | NOTES |
|---|---|---|
| 12/11/03 | 9:00 am Anti-DBA | (S) Pt seen at celldoor re IOB 2° to writing a letter to MH threatening to hurt other I/m if moved to a different facility. Pt wanted to be seen at the celldoor. Told Pt MH received his letter and forwarded a copy to security. Pt thanked MH for giving security a copy of the letter. Vented his frustration with security per failing to respond to numerous letters sent to them addressing same issue. Stated that he is unsure whether they got the letter hence his decision to pass current letter through MH. Discussed medical related issues and blamed DOC per housing him in IOB without privileges (no TV, radio). Denied any significant MH issue/concern at the time but stated his desire to pick up tickets to prevent move to a different institution. Denied SI/HI/SIB. Educated Pt around impulsivity re taking control of behavior.<br>(A) Euthymic mood, full range affect, calm, cooperative, well modulated |

7113B 1/95       MENTAL HEALTH

## UMASS CORRECTIONAL HEALTH
### PROGRESS NOTES

CJ

NAME: Lance Hulhm    ID # W49489   D.O.B. 11/26/71   Institution

| DATE | TIME | NOTES |
|---|---|---|
| 12/11/03 | 7⁰⁰am | Speech, normal eye contact, concentration not impaired, alert and future oriented. Thought process logical. Thought content organized. ⊖ si/th/sis/del/hal. No evidence of neurovey signs/acute distress. Appeared stable at the time. However, pt might endulge in ⊖ behavior to influence security decision. (P) No FW indicated. Monitor per seg protocol. Security informed of pt concerns and plan. mtt pxn  _____ LCSW |

Avoid DOB
Continue

7113B 1/95                    MENTAL HEALTH

# U MASS CORRECTIONAL HEALTH

## PROGRESS NOTE

<u>MCI-Cedar Junction</u>
Institution

NAME: Hullum, Lance     ID: W4948   DOB: 11/26/71

DATE: 12/15/03     TIME: 11:00 a.m.

Description:
Met with Pt at cell door in 10 Block per pt request. PT requested to be seen out of cell. Pt was informed that he has already been seen by mental health and been given the opportunity to discuss issues off the tier. Pt reports he is "all set" if he can not be seen off the tier.

Assessment:
Pt appears alert and oriented. Pt's behaviors do not appear to be due to a major mental illness. Well modulated speech. Adequate eye contact. Frustrated mood with congruent affect. Appears stable at this time.

Plan:
No mental health follow up indicated at his time. Monitor Pt per seg rounds and PRN.

Emily Franko, LCSW
Mental Health Clinician

# U MASS CORRECTIONAL HEALTH

## PROGRESS NOTE

<u>MCI-Cedar Junction</u>
Institution

NAME: Hullum, Lance        ID: N48489  DOB: 11/26/71

DATE: 12/15/03        TIME: 4:00 p.m.

Description:
Met with Pt in visiting room in 10 Block per pt request. Discussed Pt's numerous requests. Discussed Pt's expectations of mental health services. Explained to Pt that mental health does not influence housing status. Encouraged Pt to advocate for self by discussing issues with security staff. Pt reports he would only like to meet with a male mental health clinician in the future. Pt was explained the process of requesting MHS and the crisis clinician. Pt reports he would like MH to tell security staff that he should be moved out of 10 block. Again Pt was encouraged to discuss issues with security. PT requested to speak with IPS. Pt reports he is in control of his emotions and does not need further MH service intervention at this time. Pt reports he will probably continue to request mental health services. Pt encouraged to advocate for self. Discussed Pt's request to go to BSH. Pt informed there is no evidence Pt is in need of a hospitalization at this point and MH does not send people to BSH for similar issues to his report. Pt reports he is going through the proper procedures and documenting information regarding his security issues.

Assessment:
Pt appears alert and oriented. Pt's behaviors do not appear to be due to a major mental illness. Well modulated speech. Adequate eye contact. Frustrated mood with congruent affect. No evidence of SI/HI/AH/VH. Not evidence of psychosis. Appears stable at this time. May act out for secondary gain due to security related issues.

Plan:
No mental health follow up indicated at his time. Monitor Pt per seg rounds and PRN.

NOTE: IPS notified of Pt's request to speak with an IPS officer 12/15/03

Emily Franko, LCSW
Mental Health Clinician