## UMASS CORRECTIONAL HEALTH
### PHYSICIAN'S ORDER

---

PRESCRIPTION ORDER - FOR DEPARTMENT OF CORRECTION INSTITUTIONAL USE ONLY

NAME  HULLUM, LANCE             ID NUMBER  W49489        D.O.B. 11-26-71
INSTITUTION  CJ                 ALLERGIES  NKDA
DATE  12-17-03        TIME  2P

ORDERS

1) A+D OINTMENT TO AFFECTED SKIN Q DAY PRN RASH THRU 3/31/04 WHILE IN 10 BLOCK.

2) MYLANTA 15 CC PO BID PRN DYSPEPSIA THRU 3/31/04.

                           ~NALD KERN, M.D.
12/17/03  Noted  6pm    [signature]

---

SIGNATURE _____    Interchange is mandatory unless the prescriber writes the words "no substitution" in this space:

PRINT NAME _____

8006 Rev. 4/01                        Original (White): Retain in Inmate Medical Record
                                      Copy (Yellow): Fax to Pharmacy; File with Pharmacy Orders

## UMASS CORRECTIONAL HEALTH
### PROGRESS NOTES

Institution: MCI/CJ

NAME: Hathum, Lance   ID #: W48489   D.O.B.: 11/06/71

| DATE | TIME | NOTES |
|---|---|---|
| 12/17/03 Franko | 3pm | (S) Pt seen at cell door in 10 Block to provide Pt with requested stress packet. Pt was informed MH will F/U with Pt in 2 weeks. (A) seen/ stable. Alert/oriented. Thoughts logical/ future oriented. Well modulated speech. Adequate eye contact. ⊘SI/HI/AH/VH. No evidence of psychosis. Mood euthymic with congruent affect. Appears stable. (P) Monitor per Seg rounds/PRN/ F/U within 2 weeks.  E. Franko LCSW |

7113B 1/95                          MENTAL HEALTH

# UMASS CORRECTIONAL HEALTH
## PROGRESS NOTES

Institution: MCFG

NAME: Hullum Lance   ID #: W48489   D.O.B.: 11/26/71

| DATE | TIME | NOTES |
|---|---|---|
| 12/30/03 | 3:40 pm Franko | ① Spoke with Pt in 10 Block visiting room per Pt request following a visit with Pt's family member. Pt reports he wanted to apologize for "being rude" to this clinician during previous session. Pt reports the stress packet that was provided to his is helpful. Pt denies further MH issues. ⊕ appetite ⊕ sleep patterns. ② Alert/oriented. Thoughts logical/future oriented. Well modulated speech. Adequate eye contact. ⊖ SI/HI/AH/VH. No evidence of psychosis. Euthymic mood with congruent affect. Appears stable. ③ Monitor per seg rounds PRN. — J Franko LCSW |

71113B 1/95               MENTAL HEALTH

## UMASS CORRECTIONAL HEALTH
### PROGRESS NOTES

Institution: CJ

NAME: Hullum, Lance    ID # W49489    D.O.B. _____

| DATE | TIME | NOTES |
|---|---|---|
| 12/31/03 Cowette | 2:00pm | (S) Met w/ pt. in attorney visiting room in 10B 2° to pt. requesting to speak w/ MH. Pt. reported that he's doing "o.k." but is frustrated w/ security and would like to know when he will be returning to general population. Pt. stated that he has been reclassed to MCI-Norfolk however indicated that he does not want to leave MCI-CJ 2° to having to share a cell @ Norfolk. Pt. apologized for his past behavior w/ MH staff and asked this writer to pass on his apology to the MH director. Pt. reported that he does not have any problem meeting w/ female staff. When asked about his Lupus pt. stated that it is stable right now and he is not having any symptoms. (A) Pt. calm and cooperative @ the time of the interview. Mood euthymic, thought process logical, thought content organized and goal oriented. ⊘ SI/HI/DI/Hal. No complaints related to sleep/appetite. Pt. oriented to time and place. (P) Monitor per seg rounds/prn. — Andrea K Cowette, MSW |

7113B 1/95    MENTAL HEALTH

# U MASS CORRECTIONAL HEALTH

## PROGRESS NOTE

<u>MCI-Cedar Junction</u>
Institution

NAME: Hullum, Lance          ID: W48487    DOB: 11/26/71

DATE: 1/5/04          TIME: 8:55 a.m.

Description:
Met with Pt at cell door in 10 Block per Pt request. Pt reports his issues are related to housing issues. Pt encouraged to address issues with security staff. Discussed coping skills. Pt requested to speak with Erika Grandberg, MHD to further discuss previous session.

Assessment:
Pt is alert and oriented. Thoughts logical. Content future oriented and organized. Speech well modulated. Adequate eye contact. Pt denies current SI/HI/AH/VH. No evidence of psychosis at this time. Pt appears to be stable at this time. Mood euthymic with broad range of affect.

Plan:
PCC to monitor per TX Plan, PRN. This clinician to inform Lt. Butters of Pt's concerns.

Emily Franko, LCSW
Mental Health Clinician