## **CERTIFICATE OF SERVICE**

      I, Julie E. Daniele, hereby certify that I served a true and accurate copy of the foregoing Motion for Summary Judgment, Motion to File Memorandum of Law in Excess of Twenty Pages, Concise Statement of Material Facts, Memorandum of Law in Support of Motion for Summary Judgment, and Exhibits A-F, inclusive, upon Dana Johnson, Esquire, counsel for plaintiff.  These documents were mailed via U.S. first class mail on November 14, 2005, due to the fact that November 11, 2005, was a holiday. These pleadings were, however, electronically filed on November 11, 2005, because undersigned counsel will be out of town on vacation on November 14, 2005.

November 11, 2005                                                     /s/ Julie E. Daniele
                                                                                       Julie E. Daniele