UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10103-GAO

LANCE 3X HULLUM,
Plaintiff,

v.

MICHAEL T. MALONEY, KATHLEEN DENNEHY,
PETER ALLEN, JOHN LUONGO, JR., STEVEN SILVA,
AND EDWARD DOOLIN,
Defendants.

ORDER
February 3, 2006

O'TOOLE, D.J.

At a status conference held October 11, 2005, with counsel for the plaintiff and the defendants present, I ordered that any summary judgment motion be filed by November 14, 2005, with any opposition due 14 days thereafter. The defendants filed a motion for summary judgment addressed to all claims in the complaint on November 11, 2005. No opposition has been received.

After review, I conclude that the motion ought to be granted substantially for the reasons set forth in the defendants' memorandum, except for the portion of the memorandum that argued for judgment in the defendants' favor on the ground of qualified immunity.

Judgment shall enter in favor of all defendants as to all claims in the complaint.

It is SO ORDERED.

_____2/3/06_____
Date

_____
District Judge