UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LANCE 3X HULLUM
        Plaintiff(s)

v.                              CIVIL ACTION NO. 04-10103-GAO

MICHAEL T. MALONEY, ET AL
        Defendant(s)

**JUDGMENT IN A CIVIL CASE**

O'TOOLE, D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**Pursuant to the court's Order, dated February 3, 2006, judgment shall enter in favor of all defendants as to all claims in the complaint.**

                                                                SARAH A. THORNTON,
                                                               CLERK OF COURT

Dated: 2/3/06                                  By Paul Lyness
                                                               Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)